**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MANUEL REYNOSO and LUIS RODRIGUEZ,
*individually and on behalf of others similarly situated,*        **RULE 7.1 STATEMENT**

*Plaintiffs*,

-against-                                                         Docket No. 1:20-cv-03010 (BMC)

JACK'S EGGS AND OTHER INGREDIENTS LLC
(D/B/A JACK'S EGG FARM), JACK NEUSTADT,
and MORDECAI NEUSTADT,

*Defendants.*
------------------------------------------------------------------X

      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR JACK'S EGGS AND OTHER INGREDIENTS LLC (A NON-GOVERNMENTAL LIMITED LIABILITY COMPANY PARTY DEFENDANT) CERTIFIES THAT THE FOLLOWING ARE PUBLICLY HELD CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF ANY SAID PARTY, OWNING 10% OF SAID PARTIES' EQUITY.

**NONE**

Dated: Mineola, New York
       August 3, 2020

                MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                By: /s/ Richard M. Howard
                    Richard M. Howard
                    *Attorneys for Defendants*
                    190 Willis Avenue
                    Mineola, New York 11501
                    (516) 747-0300

1017549.3