

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Richard Howard, Esq.*
*Direct Dial: 516-747-0300 ext. 177*
*Email: RHoward@meltzerlippe.com*
*Facsimile 516-237-2893*

April 30, 2021

**BY ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Reynoso et al v. Jack's Eggs and Other Ingredients
             Case No. 20-cv-3010

Your Honor:

      I write to enclose/attach the Defendants' exhibits. If two hard copies are required, please advise and I will FedEx them to your chambers. I also enclose/attach the Defendants' proposed jury charge and the Defendants' proposed *voir dire* for the jurors. The Defendants' witnesses are as set forth in the pre-trial order, except that the night warehouse manager has, with the consent of Plaintiffs' counsel been substituted for the former warehouse manager.

      If anything more is required, please advise. Your consideration of the above is appreciated.

                                          Respectfully Submitted,
                                          MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

RMH/kc                            */s/ Richard M. Howard*
                                    Richard M. Howard

cc:    Clela Errington, Esq.
        Client