# JACK'S EGG FARM

**Weekly Time Sheet**

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 1/9/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | HOLIDAY | | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| **Total Hrs.** | | | | | 38.00 | 2.00 | | | 40.00 |
| **CASH** | | | | | $1,113.00 | | | | |
| **CHECK** | | | | | $187.00 | | | **TOTAL** | $1,300.00 |

Employee signature

*Faith* (signed)

Manager signature

Date: 1/9/2018

**CONFIDENTIAL**                                                                                       **DEF00001**

# Weekly Time Sheet

## JACK'S EGG FARM

Street Address: 130 44TH STREET
Address 2:
Address 3:
City, ST ZIP: BROOKLYN NY 11232
Phone: 718-567-0725
Fax: 718-439-4828
Email: FAITH@JACKSEGGFARM.COM

PAY DATE: 1/16/2018
Employee: REYNOSO, MANUEL
Manager: FAITH
Employee phone:
Employee email:
Tax ID#:

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 2.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith* (signature)
Manager signature

Date: 1/16/18

CONFIDENTIAL                                                                                              DEF00002

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE | 1/23/2018 |
| Address 2: | | | |
| Address 3: | | Employee: | REYNOSO, MANUEL |
| City, ST ZIP: | BROOKLYN NY 11232 | Manager | FAITH |
| Phone: | 718-567-0725 | Employee phone: | |
| Fax: | 718-439-4828 | Employee email: | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs: | 37.00 | 3.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature                   Date
*[signature: Faith]*                 1/23/2018

Manager signature                    Date

**CONFIDENTIAL**                                          **DEF00003**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 1/30/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 37.00 | 3.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature: *Faith*

Manager signature

Date: 1/30/18

CONFIDENTIAL    DEF00004

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 2/6/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 1:00PM | | | 7.00 | | | | 7.00 |
| Tuesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 36.00 | 4.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature: Faith

Date: 2/6/2018

CONFIDENTIAL                                                                                               DEF00005

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 2/13/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 2.00 | | | 40.00 |
| CASH | | | | $1,114.00 | | | | | |
| CHECK | | | | $186.00 | | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date

2/13/18

CONFIDENTIAL

DEF00006

# Weekly Time Sheet

## JACK'S EGG FARM

| | | |
|---|---|---|
| Street Address | 130 44TH STREET | |
| Address 2: | | |
| Address 3. | | |
| City, ST ZIP: | BROOKLYN NY 11232 | |
| Phone: | 718-567-0725 | |
| Fax: | 718-439-4828 | |
| Email: | FAITH@JACKSEGGFARM.COM | |

| | |
|---|---|
| PAY DATE | 2/20/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone | |
| Employee email. | |
| Tax ID#. | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 2.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature

Date

CONFIDENTIAL

DEF00007

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 2/27/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 4.00 | | | 42.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*faith*

Manager signature

Date

2/27/18

Date

CONFIDENTIAL                                                                                                             DEF00008

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 3/6/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 2.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature: *Faith*

Manager signature

Date: 3/6/2018

CONFIDENTIAL                                           DEF00009

# Weekly Time Sheet

## JACK'S EGG FARM

| | | |
|---|---|---|
| Street Address: | 130 44TH STREET | |
| Address 2: | | |
| Address 3: | | |
| City, ST ZIP: | BROOKLYN NY 11232 | |
| Phone: | 718-567-0725 | |
| Fax: | 718-439-4828 | |
| Email: | FAITH@JACKSEGGFARM.COM | |

| | |
|---|---|
| PAY DATE: | 3/13/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 38.00 | 2.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature: *JM*

Manager signature:

Date: 3/13/18

CONFIDENTIAL

DEF00010

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 3/20/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 2.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature: *Faith*

Manager signature

Date: 3/20/18

CONFIDENTIAL

DEF00011

# Weekly Time Sheet

## JACK'S EGG FARM

| | | |
|---|---|---|
| Street Address: | 130 44TH STREET | |
| Address 2: | | |
| Address 3: | | |
| City, ST ZIP: | BROOKLYN NY 11232 | |
| Phone: | 718-567-0725 | |
| Fax: | 718-439-4828 | |
| Email: | FAITH@JACKSEGGFARM.COM | |

| | |
|---|---|
| PAY DATE: | 3/27/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 38.00 | 2.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature: *Faith*

Manager signature:

Date: 3/27/18

CONFIDENTIAL

DEF00012