# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 4/3/2020 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 4.00 | | | 41.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature _Faith_

Date __4/3/2020__

Date

DEF00013

# Weekly Time Sheet

# JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 4/10/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date

4/10/18

Date

CONFIDENTIAL

DEF00014

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE | 4/17/2018 |
| Address 2 | | | |
| Address 3: | | Employee | REYNOSO, MANUEL |
| City, ST  ZIP: | BROOKLYN NY 11232 | Manager | FAITH |
| Phone: | 718-567-0725 | Employee phone | |
| Fax: | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 38.00 | 2.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature _____                   Date _____

Manager signature *Faith*                              Date 4/17/2018

CONFIDENTIAL

DEF00015

# Weekly Time Sheet

## JACK'S EGG FARM

| | | |
|---|---|---|
| Street Address. | 130 44TH STREET | |
| Address 2. | | |
| Address 3 | | |
| City, ST ZIP | BROOKLYN NY 11232 | |
| Phone. | 718-567-0725 | |
| Fax: | 718-439-4828 | |
| Email | FAITH@JACKSEGGFARM.COM | |

| | |
|---|---|
| PAY DATE: | 4/24/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone. | |
| Employee email. | |
| Tax ID#. | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column 1. | Vacation Hrs. | Total. |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 38.00 | 2.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature _Faith_

Date **4/24/18**

Date

**CONFIDENTIAL**

**DEF00016**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3: | |
| City, ST ZIP. | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE. | 5/1/2018 |
| Employee· | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone: | |
| Employee email. | |
| Tax ID#. | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH. | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Date

Manager signature _Faith_

Date 5/1/18

DEF00017

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 5/8/2018 |
| Address 2 | | | |
| Address 3 | | Employee: | REYNOSO  MANUEL |
| City, ST  ZIP | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fox. | 718 439-4828 | Employee email: | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 3.00 | | | 41.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date  5/8/2018

Date

DEF00018

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 4/3/2020 |
| Employee: | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 37.00 | 4.00 | | | 41.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date

4/3/2020

Date

**CONFIDENTIAL**

**DEF00013**

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 4/10/2018 |
| Address 2: | | | |
| Address 3: | | Employee: | REYNOSO, MANUEL |
| City, ST ZIP: | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone: | 718-567-0725 | Employee phone: | |
| Fax: | 718-439-4828 | Employee email: | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Date

4/10/18

Manager signature

CONFIDENTIAL

DEF00014

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3: | |
| City, ST ZIP. | BROOKLYN NY 11232 |
| Phone. | 718-567-0725 |
| Fax. | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 4/17/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00 AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date

4/17/2018

Date

DEF00015

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address. | 130 44TH STREET |
| Address 2· | |
| Address 3 | |
| City, ST  ZIP | BROOKLYN NY 11232 |
| Phone· | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 4/24/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone· | |
| Employee email. | |
| Tax ID#· | |

| Day. | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1. | Vacation Hrs. | Total. |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | 40.00 |
| | | | | Total Hrs. | 38.00 | 2.00 | | | |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_Faith_

Manager signature

Date

4/24/18

Date

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3: | BROOKLYN NY 11232 |
| City, ST ZIP. | |
| Phone: | 718-567-0725 |
| Fax· | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE. | 5/1/2018 |
| Employee· | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone: | |
| Employee email. | |
| Tax ID#. | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 8.00 |
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 10.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 6.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH. | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_(signature)_

Manager signature

Date

5/1/18

Date

CONFIDENTIAL

DEF00017

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE. | 5/8/2018 |
| Address 2 | | | |
| Address 3 | | Employee: | REYNOSO MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fax. | 718-439-4828 | Employee email. | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 3.00 | | | 41.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date  5/8/2018

Date

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3 | |
| City ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 5/15/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_Faith_                                              5/15/2018

Manager signature                                    Date

CONFIDENTIAL                                              DEF00019

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address. | 130 44TH STREET |
| Address 2 | |
| Address 3. | |
| City, ST ZIP· | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax· | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM COM |

| | |
|---|---|
| PAY DATE | 5/22/2018 |
| Employee | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone· | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total· |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs.· | | 37.00 | | | | 37.00 |
| | | | OASH | | $1 114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Date

5/22/18

Manager signature

Date

DEF00020

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3. | |
| City, ST ZIP. | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax. | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 5/29/2018 |
| Employee | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone: | |
| Employee email | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs.. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature

Date  5/29/18

Date

DEF00021

# Weekly Time Sheet

## JACK'S EGG FARM

Street Address: 130 44TH STREET

Address 2:

Address 3:

City ST ZIP: BROOKLYN NY 11232

Phone: 718-567-0725

Fax: 718-439-4828

Email: FAITH@JACKSEGGFARM.COM

PAY DATE: 6/5/2018

Employee: REYNOSO, MANUEL

Manager: FAITH

Employee phone:

Employee email:

Tax ID#:

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|------|------|--------|------|------|------|------|------|------|------|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date   6/5/18

Date

CONFIDENTIAL

DEF00022

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE: | 6/12/2018 |
| Address 2 | | | |
| Address 3. | | Employee | REYNOSO MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567-0725 | Employee phone: | |
| Fax. | 718-439-4828 | Employee email | |
| Email: | FAITH@JACKSEGGFARM COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs: | 37.00 | 5.00 | | | 42.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300 00 |

Employee signature

Date

*JM*

6/12/18

Manager signature

Date

**CONFIDENTIAL**

DEF00023

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM COM |

| | |
|---|---|
| PAY DATE: | 6/19/2018 |
| Employee | REYNOSO MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 3.00 | | | 41.00 |
| | | | CASH | | $1 114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300 00 |

Employee signature

Date

Manager signature

6/19/18

Date

CONFIDENTIAL

DEF00024

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 6/26/2018 |
| Employee | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 8:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Date

Manager signature

Date  6/26/18

CONFIDENTIAL

DEF00025