# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City ST ZIP: | BROOKLYN NY 11232 |
| Phone. | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 7/3/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone: | |
| Employee email. | |
| Tax ID # | |

| Day | In | Out | In. | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10:00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

JM

Manager signature

Date 7/3/18

Date

CONFIDENTIAL

DEF00026

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE | 7/10/2018 |
| Address 2. | | | |
| Address 3. | | Employee | REYNOSO, MANUEL |
| City ST ZIP. | BROOKLYN NY 11232 | Manager | FAITH |
| Phone: | 718-567-0725 | Employee phone | |
| Fax: | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 8:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 38.00 | 2.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_(signature)_

Date 7/10/18

Manager signature

Date

**CONFIDENTIAL**

**DEF00027**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3: | |
| City, ST ZIP. | BROOKLYN NY 11232 |
| Phone. | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 7/17/2018 |
| Employee | REYNOSO MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email. | |
| Tax ID#. | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Total Hrs. | | | | | 37.00 | 3.00 | | | 40.00 |
| CASH | | | | | $1,114.00 | | | | |
| CHECK | | | | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature — JM

Manager signature

Date 7/17/18

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE | 7/24/2018 |
| Address 2 | | | |
| Address 3 | | Employee: | REYNOSO  MANUEL |
| City, ST ZIP. | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fax: | 718 439-4828 | Employee email. | |
| Email: | FAITH@JACKSEGGFARM COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8:00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 5:00PM | | | 8:00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5:00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total.Hrs. | 37.00 | 4.00 | | | 41.00 |
| | | | | CASH | $1 114.00 | | | | |
| | | | | CHECK | $186 00 | | | TOTAL | $1,300 00 |

Employee signature

𝓕𝓜

Manager signature

Date

7/24/18

Date

**CONFIDENTIAL**

**DEF00029**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 7/31/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone: | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 4.00 | | | 41.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_JM_

Manager signature

Date

_7/31/18_

Date

CONFIDENTIAL

DEF00030

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 8/7/2018 |
| Address 2: | | | |
| Address 3: | | Employee: | REYNOSO  MANUEL |
| City ST ZIP | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone: | 718-567-0725 | Employee phone | |
| Fax: | 718-439-4828 | Employee email: | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 38.00 | 2.00 | | | 40.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Date

Manager signature

Date   8/7/18

DEF00031

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address. | 130 44TH STREET |
| Address 2 | |
| Address 3. | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax. | 718 439 4828 |
| Email· | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 8/14/2018 |
| Employee | REYNOSO MANUEL |
| Manager. | FAITH |
| Employee phone | |
| Employee email. | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1. | Vacation Hrs.. | Total. |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | Total Hrs. | 38.00 | 2.00 | | | | | | 40.00 |
| | CASH | $1,114.00 | | | | | | | |
| | CHECK | $186.00 | | | | | TOTAL | | $1 300.00 |

Employee signature

*FM*

Manager signature

Date

8/14/18

Date

CONFIDENTIAL

DEF00032

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 8/21/2018 |
| Employee | REYNOSO MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 8.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

7M

Date

8/21/18

Manager signature

Date

**CONFIDENTIAL**

**DEF00033**

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE | 8/28/2018 |
| Address 2 | | | |
| Address 3 | | Employee | REYNOSO, MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567 0725 | Employee phone | |
| Fax | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature                                    Date
*7M*                                                 8/28/18
                                                     Date

**CONFIDENTIAL**                                    **DEF00034**

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 9/4/2018 |
| Address 2: | | | |
| Address 3: | | Employee: | REYNOSO, MANUEL |
| City ST ZIP: | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fax: | 718-439-4828 | Employee email: | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10:00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8:00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8:00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5:00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 4.00 | | | 41.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Date 9/4/18

Manager signature

Date

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE: | 9/11/2018 |
| Address 2 | | | |
| Address 3. | | Employee | REYNOSO, MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fax. | 718-439-4828 | Employee email. | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In. | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8:00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8:00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 8:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_JM_

Manager signature

Date

9/11/18

Date

CONFIDENTIAL

DEF00036

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address. | 130 44TH STREET | PAY DATE | 9/18/2018 |
| Address 2 | | | |
| Address 3. | | Employee | REYNOSO, MANUEL |
| City ST ZIP. | BROOKLYN NY 11232 | Manager | FAITH |
| Phone. | 718 567-0725 | Employee phone | |
| Fax. | 718 439-4828 | Employee email. | |
| Email | FAITH@JACKSEGGFARM COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total. |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM. | 4:00PM | | | 8:00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | Total Hrs. | | | 37.00 | 6.00 | | | 43.00 |
| | | CASH | | | $1 114.00 | | | | |
| | | CHECK | | | $186.00 | | | TOTAL | $1,300 00 |

Employee signature

*Faith*

Manager signature

Date   9/18/18

Date

DEF00037

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE. | 9/25/2018 |
| Address 2 | | | |
| Address 3 | | Employee | REYNOSO MANUEL |
| City ST ZIP. | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fax | 718-439-4828 | Employee email. | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID#* | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | ColumnT | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 2.00 | | | 39.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Date

Manager signature ЭM

Date 9/25/18

**CONFIDENTIAL**

**DEF00038**

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address. | 130 44TH STREET | PAY DATE: | 10/2/2018 |
| Address 2 | | | |
| Address 3 | | Employee | REYNOSO, MANUEL |
| City, ST ZIP. | BROOKLYN NY 11232 | Manager | FAITH |
| Phone. | 718-567-0725 | Employee phone | |
| Fax. | 718-439-4828 | Employee email: | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column I. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 3.00 | | | 41.00 |
| | | | CASH | | $1 114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature          Date

~JM          10/2/18

Manager signature          Date

**CONFIDENTIAL**          **DEF00039**

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address. | 130 44TH STREET | PAY DATE: | 10/9/2018 |
| Address 2: | | | |
| Address 3: | | Employee | REYNOSO, MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone | 718-567-0725 | Employee phone: | |
| Fax. | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11:00 |
| Tuesday | 6:00AM | 2:00PM | | | 6:00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5:00 | | | | 5:00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | 42.00 |
| | | | | Total Hrs. | 37.00 | 5.00 | | | |
| | | | | CASH | $1 114.00 | | | | |
| | | | | CHECK- | $186.00 | | | TOTAL | $1,300.00 |

Employee signature
_J.M_

Manager signature

Date
10/9/18

Date

CONFIDENTIAL   DEF00040

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE | 10/16/2018 |
| Address 2 | | | |
| Address 3: | | Employee: | REYNOSO, MANUEL |
| City, ST ZIP: | BROOKLYN NY 11232 | Manager | FAITH |
| Phone | 718-567 0725 | Employee phone | |
| Fax | 718-439-4828 | Employee email: | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1 114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature

Date  10/16/18

Date

DEF00041

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax. | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 10/23/2018 |
| Employee | REYNOSO MANUEL |
| Manager. | FAITH |
| Employee phone | |
| Employee email. | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column 1. | Vacation.Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1.114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature _Faith_

Date

Date  10/23/18

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address. | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax | 718-439-4828 |
| Emo l | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 10/30/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID#· | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature _Faith_

Date

Date   **10/30/2018**

DEF00043

# Weekly Time Sheet

## JACK'S EGG FARM

| | | |
|---|---|---|
| Street Address: | 130 44TH STREET | |
| Address 2 | | |
| Address 3: | | |
| City, ST  ZIP | BROOKLYN NY 11232 | |
| Phone: | 718-567-0725 | |
| Fax: | 718-439-4828 | |
| Email: | FAITH@JACKSEGGFARM.COM | |

| | |
|---|---|
| PAY DATE: | 11/6/2018 |
| Employee | REYNOSO, MANUEL |
| Manager: | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 4.00 | | | 42.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date

11/6/2018

Date

**CONFIDENTIAL**

**DEF00044**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 11/13/2018 |
| Employee | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature                          Date

_Faith_                          11/13/18

Manager signature                          Date

CONFIDENTIAL                          DEF00045

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City ST ZIP: | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 11/20/2018 |
| Employee: | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email: | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Monager signature _Faith_

Date **11/20/2018**

Date

CONFIDENTIAL

DEF00046

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE. | 11/27/2018 |
| Address 2: | | | |
| Address 3: | | Employee | REYNOSO  MANUEL |
| City  ST  ZIP | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone | 718-567-0725 | Employee phone: | |
| Fax. | 718-439-4828 | Employee email. | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In: | Out: | In | Out: | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

*Faith*

Manager signature

Date   11/27/2018

Date

CONFIDENTIAL

DEF00047

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 12/4/2018 |
| Address 2 | | | |
| Address 3. | | Employee | REYNOSO MANUEL |
| City, ST ZIP: | BROOKLYN NY 11232 | Manager | FAITH |
| Phone: | 718-567-0725 | Employee phone· | |
| Fax. | 718-439-4828 | Employee email | |
| Email· | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday· | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs: | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,114.00 | | | | |
| | | | CHECK | | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_FM_

Manager signature

Date

12/4/18

Date

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE | 12/11/2018 |
| Address 2: | | | |
| Address 3: | | Employee | REYNOSO  MANUEL |
| City, ST  ZIP: | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone: | 718-567-0725 | Employee phone | |
| Fax: | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 3.00 | | | 40.00 |
| | | | CASH | | $1,14.00 | | | | |
| | | | CHECK | | $186.00 | | | | $1,300.00 |

Employee signature

_Faith_

Manager signature

Date

12/11/2018

Date

CONFIDENTIAL

DEF00049

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City, ST ZIP: | BROOKLYN NY 11232 |
| Phone. | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 12/18/2018 |
| Employee. | REYNOSO, MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email. | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column 1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 8:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 37.00 | 2.00 | | | 39.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

_Faith_

Manager signature

Date

12/18/18

Date

**CONFIDENTIAL**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3. | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE. | 12/24/2018 |
| Employee | REYNOSO MANUEL |
| Manager: | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Column1 | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Thursday | 8:00AM | 2:00PM | | | 8:00 | | | | 8.00 |
| Friday | 6:00AM | 11:00AM | | | 5:00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 37.00 | | | | 37.00 |
| | | | | CASH | $1,114.00 | | | | |
| | | | | CHECK | $186.00 | | | TOTAL | $1,300.00 |

Employee signature

Manager signature

Date 12/24/2018