# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City, ST  ZIP | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 1/7/2020 |
| Employee: | REYNOSO, MANUEL |
| Manager | |
| Employee phone: | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | HOLIDAY | | | | 8.00 | | | | 8.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 38.00 | 2.00 | | | 40.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.00 | | | | $1,600.00 |

Employee signature                                                        Date

*JM*

Manager signature                                                        Date

*Jan 7, 2020*

CONFIDENTIAL

DEF00104

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address. | 130 44TH STREET |
| Address 2 | |
| Address 3. | |
| City, ST  ZIP. | BROOKLYN NY 11232 |
| Phone. | 718-567-0725 |
| Fax | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 1/14/2020 |
| Employee: | REYNOSO, MANUEL |
| Manager. | |
| Employee phone | |
| Employee email | |
| Tax ID # | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Wednesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 12:00PM | | | 6.00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 38.00 | 7.00 | | | 45.00 |
| | | | | CASH | $1,414.00 | | | | |
| | | | | CHECK | $186.00 | | | | $1,600.00 |

Employee signature

*Faith*

Manager signature

Date

1/14/2020

Date

 DEF00105

# JACK'S EGG FARM

**Weekly Time Sheet**

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3: | |
| City ST ZIP | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email: | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 1/21/2020 |
| Employee | REYNOSO MANUEL |
| Manager: | |
| Employee phone: | |
| Employee email: | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Tuesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Wednesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 7.00 | | | 44.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.00 | | | | $1,600.00 |

Employee signature

Manager signature _Faith_

Date

Date 1/21/2020

DEF00106

# JACK'S EGG FARM

| | | | | | **Weekly Time Sheet** |
|---|---|---|---|---|---|

Street Address: 130 44TH STREET

Address 2:

Address 3

City, ST ZIP: BROOKLYN NY 11232

Phone: 718-567-0725

Fax: 718-439-4828

Email: FAITH@JACKSEGGFARM.COM

PAY DATE: 1/28/2020

Employee: REYNOSO MANUEL

Manager:

Employee phone:

Employee email:

Tax ID#:

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | **Total Hrs.** | 37.00 | 6.00 | | | 43.00 |
| | | | | **CASH** | $1,414.00 | | | | |
| | | | | **CHECK** | $186.00 | | | | $1,600.00 |

Employee signature

*Faith*

Manager signature

Date

1/28/2020

Date

DEF00107

# JACK'S EGG FARM

**Weekly Time Sheet**

| | | | |
|---|---|---|---|
| Street Address. | 130 44TH STREET | PAY DATE. | 2/4/2020 |
| Address 2. | | | |
| Address 3. | | Employee | REYNOSO, MANUEL |
| City ST ZIP | BROOKLYN NY 11232 | Manager | |
| Phone. | 718-567-0725 | Employee phone | |
| Fax. | 718-439-4828 | Employee email. | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Tuesday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Wednesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 8.00 | | | 45.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.00 | | | | $1,600.00 |

Employee signature

_ƧM_

Manager signature

Date

feb 4, 2020

Date

CONFIDENTIAL

DEF00108

# JACK'S EGG FARM

**Weekly Time Sheet**

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 2/18/2020 |
| Address 2: | | | |
| Address 3 | | Employee | REYNOSO, MANUEL |
| City, ST ZIP. | BROOKLYN NY 11232 | Manager | |
| Phone | 718-567-0725 | Employee phone | |
| Fax | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Wednesday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | | Total Hrs. | 37.00 | 7.00 | | | 44.00 |
| | | | | CASH | $1,414.00 | | | | |
| | | | | CHECK | $186.00 | | | | $1,600.00 |

Employee signature

Date 2/18/2020

Manager signature

Date

# JACK'S EGG FARM

**Weekly Time Sheet**

| | | | |
|---|---|---|---|
| Street Address | 130 44TH STREET | PAY DATE: | 2/25/2020 |
| Address 2 | | | |
| Address 3 | | Employee: | REYNOSO, MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone | 718-567-0725 | Employee phone: | |
| Fax | 718-439-4828 | Employee email | |
| Email | FAITH@JACKSEGGFARM.COM | Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | **Total Hrs.** | | 37.00 | 4.00 | | | 41.00 |
| | | | **CASH** | | $1,414.00 | | | | |
| | | | **CHECK** | | $186.93 | | | TOTAL | $1,600.00 |

Employee signature

*Faith*

Manager signature

Date

2/25/2020

Date

**DEF00110**

# JACK'S EGG FARM

**Weekly Time Sheet**

Street Address: 130 44TH STREET

Address 2:

Address 3:

City, ST ZIP: BROOKLYN NY 11232

Phone: 718-567-0725

Fax: 718-439-4828

Email: FAITH@JACKSEGGFARM.COM

PAY DATE: 3/3/2020

Employee: REYNOSO MANUEL

Manager: FAITH

Employee phone:

Employee email:

Tax ID#:

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|-----------|------|------|----|-----|--------------|---------------|-----------|---------------|---------|
| Monday | OFF | OFF | | | 8.00 | | | | 8.00 |
| Tuesday | OFF | OFF | | | 8.00 | | | | 8.00 |
| Wednesday | OFF | OFF | | | 8.00 | | | | 8.00 |
| Thursday | OFF | OFF | | | 8.00 | | | | 8.00 |
| Friday | OFF | OFF | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total-Hrs. | | 37.00 | | | | 37.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.93 | | | TOTAL | $1,600.00 |

Employee signature

Date: March 3, 2020

Manager signature

Date

CONFIDENTIAL

DEF00111

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2: | |
| Address 3: | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 3/10/2020 |
| Employee: | REYNOSO MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 4:00PM | | | 8:00 | 2.00 | | | 10.00 |
| Tuesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10:00 |
| Wednesday | 6:00AM | 4:00PM | | | 8:00 | 2.00 | | | 10.00 |
| Thursday | 6:00AM | 5:00PM | | | 8:00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 9.00 | | | 46.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.93 | | | TOTAL | $1,600.00 |

Employee signature

Date

*SM*

March 10, 2020

Manager signature

Date

CONFIDENTIAL

DEF00112

# JACK'S EGG FARM

**Weekly Time Sheet**

| | |
|---|---|
| Street Address: | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City ST ZIP | BROOKLYN NY 11232 |
| Phone: | 718-567-0725 |
| Fax: | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE: | 3/17/2020 |
| Employee | REYNOSO MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email: | |
| Tax ID# | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 5.00 | | | 42.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.93 | | | TOTAL | $1,600.00 |

Employee signature

_SM_

Manager signature

Date

3/17/2020

Date

**CONFIDENTIAL**

**DEF00113**

# Weekly Time Sheet

## JACK'S EGG FARM

| | |
|---|---|
| Street Address | 130 44TH STREET |
| Address 2 | |
| Address 3 | |
| City, ST ZIP | BROOKLYN NY 11232 |
| Phone | 718-567-0725 |
| Fax | 718-439-4828 |
| Email | FAITH@JACKSEGGFARM.COM |

| | |
|---|---|
| PAY DATE | 3/24/2020 |
| Employee | REYNOSO MANUEL |
| Manager | FAITH |
| Employee phone | |
| Employee email | |
| Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Tuesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 5:00PM | | | 8.00 | 3.00 | | | 11.00 |
| Friday | 6:00AM | 12:00PM | | | 6:00 | | | | 6.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | 38.00 | 9.00 | | | 47.00 |
| | | | CASH | $1,414.00 | | | | |
| | | | CHECK | $186.93 | | | TOTAL | $1,600.00 |

Employee signature

Manager signature _JM_

Date

Date 3/24/2020

CONFIDENTIAL

DEF00114

# Weekly Time Sheet

## JACK'S EGG FARM

| | | | |
|---|---|---|---|
| Street Address: | 130 44TH STREET | PAY DATE: | 3/31/2020 |
| Address 2: | | | |
| Address 3: | | Employee: | REYNOSO MANUEL |
| City, ST ZIP | BROOKLYN NY 11232 | Manager: | FAITH |
| Phone | 718-567-0725 | Employee phone | |
| Fax | 718-439-4828 | Employee email: | |
| Email: | FAITH@JACKSEGGFARM.COM | Tax ID#: | |

| Day | In | Out | In | Out | Regular Hrs. | Overtime Hrs. | Sick Hrs. | Vacation Hrs. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 6:00AM | 2:00PM | | | 8.00 | | | | 8.00 |
| Tuesday | 6:00AM | 4:00PM | | | 8.00 | 2.00 | | | 10.00 |
| Wednesday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Thursday | 6:00AM | 3:00PM | | | 8.00 | 1.00 | | | 9.00 |
| Friday | 6:00AM | 11:00AM | | | 5.00 | | | | 5.00 |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| | | | Total Hrs. | | 37.00 | 4.00 | | | 41.00 |
| | | | CASH | | $1,414.00 | | | | |
| | | | CHECK | | $186.93 | | | TOTAL | $1,600.00 |

Employee signature

Date

*J.M*

Manager signature                           Date 3/31/2020

CONFIDENTIAL

DEF00115