

**CONFIDENTIAL**                                                                                          DEF00116



**CONFIDENTIAL**                                                                                                           **DEF00117**



CONFIDENTIAL

DEF00118



CONFIDENTIAL

DEF00119



**CONFIDENTIAL**

**DEF00120**