**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2020 - 12/31/2020

02/12/2021 12:01:31
Page : 108/120

| Check# / Deposit | Net Pay | Rate | Check Date / PeriodEnd | Hours REG | Hours O/T | Hours Other | Earnings REG | Earnings O/T | Earnings Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Department : 01 - ADMINISTRATOR - 38110.00 | | | | | | |
| | | | | | | | Employee : 163 - REYNOSO, MANUEL A. | | | Terminated : 06/13/2020 | | | |
| □13110 | 186.93 | | 1/2/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56F1 | 11.53SP |
| | | 218.75 | 12/28/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| □13126 | 186.66 | | 1/9/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.57F1 | 11.53SP |
| | | 218.75 | 1/4/2020 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| □13142 | 186.66 | | 1/16/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56F1 | 11.53SP |
| | | 218.75 | 1/11/2020 | | | | | | | | 3.18MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| □13158 | 186.67 | | 1/23/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56F1 | 11.53SP |
| | | 218.75 | 1/18/2020 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| □13174 | 186.67 | | 1/30/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56F1 | 11.53SP |
| | | 218.75 | 1/25/2020 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| □13190 | 186.66 | | 2/6/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.57F1 | 11.53SP |
| | | 218.75 | 2/1/2020 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| □13206 | 186.67 | | 2/13/2020 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56F1 | 11.53SP |
| | | 218.75 | 2/8/2020 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |

**CONFIDENTIAL**

**DEF00121**

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2020 - 12/31/2020

02/12/2021 12:01:32
Page: 109/120

| Check# / Deposit | Net Pay | Rate | Check Date / Period End | Hours REG / O/T / Other | Earnings REG / O/T / Other | Gross Earnings | Taxes | Deductions |
|---|---|---|---|---|---|---|---|---|
| Department : 01 - ADMINISTRATOR - 38110.00 | | | | | | | | |
| Employee : 163 - REYNOSO, MANUEL A. | | | | | | | Terminated - 06/13/2020 | |
| 13222 | 186.66 | 218.75 | 2/20/2020 2/15/2020 | 14.58 | 218.75 | 218.75 | FWT 13.56 FI / 3.18MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13238 | 186.67 | 218.75 | 2/27/2020 2/22/2020 | 14.58 | 218.75 | 218.75 | FWT 13.56FI / 3.17MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13254 | 186.66 | 218.75 | 3/5/2020 2/29/2020 | 14.58 | 218.75 | 218.75 | FWT 13.57FI / 3.17MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13270 | 186.67 | 218.75 | 3/12/2020 3/7/2020 | 14.58 | 218.75 | 218.75 | FWT 13.56FI / 3.17MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13286 | 186.67 | 218.75 | 3/19/2020 3/14/2020 | 14.58 | 218.75 | 218.75 | FWT 13.56FI / 3.17MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13302 | 186.67 | 218.75 | 3/26/2020 3/21/2020 | 14.58 | 218.75 | 218.75 | FWT 13.56FI / 3.17MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13318 | 186.65 | 218.75 | 4/2/2020 3/28/2020 | 14.58 | 218.75 | 218.75 | FWT 13.57FI / 3.18MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |
| 13334 | 186.67 | 218.75 | 4/9/2020 4/4/2020 | 14.58 | 218.75 | 218.75 | FWT 13.56FI / 3.17MR MR2 / 1.10SWT .59PFL / .60SDI 1.53LWT | 11.53SP |

**CONFIDENTIAL**

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2020 - 12/31/2020

02/12/2021 12:01:34
Page: 110/120

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG O/T Other | Earnings REG O/T Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|
| **Department : 01 - ADMINISTRATOR - 38110.00** | | | | | | | | | |
| **Employee : 163 - REYNOSO, MANUEL A.** | | | | | | | **Terminated : 06/13/2020** | | |
| 13350 | 186.67 | | 4/16/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 4/11/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13366 | 186.67 | | 4/23/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 4/18/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13382 | 186.66 | | 4/30/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.57FI | 11.53SP |
| | | 218.75 | 4/25/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13398 | 186.66 | | 5/7/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 5/2/2020 | | | | 3.18MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13416 | 186.67 | | 5/14/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 5/9/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13434 | 186.67 | | 5/21/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 5/16/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13452 | 186.66 | | 5/28/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.57FI | 11.53SP |
| | | 218.75 | 5/23/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| 13470 | 186.67 | | 6/4/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 5/30/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |

**CONFIDENTIAL**

**DEF00123**

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2020 - 12/31/2020

02/12/2021 12:01:35
Page : 111/120

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG / O/T / Other | Earnings REG / O/T / Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|
| Department : 01 - ADMINISTRATOR - 38110.00 * | | | | | | | | | |
| Employee : 163 - REYNOSO, MANUEL A. | | | | | | | Terminated : 06/13/2020 | | |
| □13489 | 186.66 | | 6/11/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 6/6/2020 | | | | 3.18MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| □13508 | 186.67 | | 6/18/2020 | 14.58 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 6/13/2020 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .59PFL | |
| | | | | | | | .60SDI | 1.53LWT | |
| □NetPay | 4666.90 | REYNOSO, MANUEL Total : | | 364.50 | 5468.75 | 5468.75 | FWT | 339.06FI | 288.25SP |
| | | | | | | | 79.30MR | MR2 | |
| | | | | | | | 27.50SWT | 14.49PFL | |
| | | | | | | | 15.00SDI | 38.25LWT | |



CONFIDENTIAL

DEF00124

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2019 - 12/31/2019

02/12/2021 11:57:32
Page: 110/128

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \| \| \| \| \| \| \| Department : 01 - ADMINISTRATOR - 38110.00 * ||||||||||||| |
| ▇▇▇▇▇ | ▇▇▇ | ▇▇ | ▇▇▇▇ | ▇▇ | | | ▇▇▇▇ | | | ▇▇▇ | ▇▇▇▇▇ | | |
| | | | | | | Employee : 163 - REYNOSO, MANUEL A. | | | | Terminated : 06/13/2020 | | | |
| □12163 | 186.83 | | 1/3/2019 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 12/29/2018 | | | | | | | | | | |
| □12181 | 186.92 | | 1/10/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 1/5/2019 | | | | | | | | | | |
| □12199 | 186.92 | | 1/17/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 1/12/2019 | | | | | | | | | | |
| □12217 | 186.93 | | 1/24/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 1/19/2019 | | | | | | | | | | |

CONFIDENTIAL

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2019 - 12/31/2019

02/12/2021 11:57:34
Page : 1117/28

| Check# / Deposit | Net Pay | Rate | Check Date / PeriodEnd | Hours REG | Hours O/T | Hours Other | Earnings REG | Earnings O/T | Earnings Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Department - 01 - ADMINISTRATOR - 38110.00

Employee : 163 - REYNOSO, MANUEL A.          Terminated : 06/13/2020

| Check# | Net Pay | Rate | Check Date / PeriodEnd | REG | | | REG | | | Gross | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12235 | 186.93 | | 1/31/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 1/26/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12253 | 186.92 | | 2/7/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.57FI | 11.53SP |
| | | 218.75 | 2/2/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12271 | 186.93 | | 2/14/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 2/9/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12289 | 186.92 | | 2/21/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 2/16/2019 | | | | | | | | 3.18MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12310 | 186.93 | | 2/28/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 2/23/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12329 | 186.92 | | 3/7/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.57FI | 11.53SP |
| | | 218.75 | 3/2/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12348 | 186.93 | | 3/14/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 3/9/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |
| 12368 | 186.93 | | 3/21/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 3/16/2019 | | | | | | | | 3.17MR | MR2 | |
| | | | | | | | | | | | 1.10SWT | .33PFL | |
| | | | | | | | | | | | .60SDI | 1.53LWT | |

**CONFIDENTIAL**

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2019 - 12/31/2019

02/12/2021 11:57:35
Page : 112/128

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG | Hours O/T | Hours Other | Earnings REG | Earnings O/T | Earnings Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department : 01 - ADMINISTRATOR - 38110.00 * | | | | | | | | | | | | | |
| Employee : 163 - REYNOSO, MANUEL A. | | | | | | | | | | Terminated : 06/13/2020 | | | |
| 12388 | 186.93 | | 3/28/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.17MR<br>1.10SWT<br>.60SDI | 13.56FI<br>MR2<br>33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 3/23/2019 |  |  |  |  |  |  |  |  |  |  |
| 12409 | 186.91 | | 4/4/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.18MR<br>1.10SWT<br>.60SDI | 13.57FI<br>MR2<br>.33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 3/30/2019 |  |  |  |  |  |  |  |  |  |  |
| 12430 | 186.93 | | 4/11/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.17MR<br>1.10SWT<br>.60SDI | 13.56FI<br>MR2<br>.33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 4/6/2019 |  |  |  |  |  |  |  |  |  |  |
| 12452 | 186.93 | | 4/18/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.17MR<br>1.10SWT<br>.60SDI | 13.56FI<br>MR2<br>.33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 4/13/2019 |  |  |  |  |  |  |  |  |  |  |
| 12472 | 186.93 | | 4/25/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.17MR<br>1.10SWT<br>.60SDI | 13.56FI<br>MR2<br>33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 4/20/2019 |  |  |  |  |  |  |  |  |  |  |
| 12492 | 186.92 | | 5/2/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.17MR<br>1.10SWT<br>.60SDI | 13.57FI<br>MR2<br>33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 4/27/2019 |  |  |  |  |  |  |  |  |  |  |
| 12512 | 186.92 | | 5/9/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.18MR<br>1.10SWT<br>.60SDI | 13.56FI<br>MR2<br>.33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 5/4/2019 |  |  |  |  |  |  |  |  |  |  |
| 12532 | 186.93 | | 5/16/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT<br>3.17MR<br>1.10SWT<br>.60SDI | 13.56FI<br>MR2<br>.33PFL<br>1.53LWT | 11.53SP |
|  |  | 218.75 | 5/11/2019 |  |  |  |  |  |  |  |  |  |  |

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2019 - 12/31/2019

02/12/2021 11:57:37
Page 113/128

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG / O/T / Other | Earnings REG / O/T / Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|

Department : 01 - ADMINISTRATOR - 38110.00 *

Employee : 163 - REYNOSO, MANUEL A.   Terminated : 06/13/2020

| Check# | Net Pay | Rate | Check Date / PeriodEnd | REG Hours | REG Earnings | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|
| 12552 | 186.93 | 218.75 | 5/23/2019 / 5/18/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12572 | 186.92 | 218.75 | 5/30/2019 / 5/25/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12592 | 186.93 | 218.75 | 6/6/2019 / 6/1/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12612 | 186.92 | 218.75 | 6/13/2019 / 6/8/2019 | 14.58 | 218.75 | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12632 | 186.93 | 218.75 | 6/20/2019 / 6/15/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12652 | 186.92 | 218.75 | 6/27/2019 / 6/22/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12671 | 186.93 | 218.75 | 7/4/2019 / 6/29/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| 12690 | 186.93 | 218.75 | 7/11/2019 / 7/6/2019 | 14.58 | 218.75 | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2019 - 12/31/2019

02/12/2021 11:57:39
Page 114/128

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Department - 01 - ADMINISTRATOR - 38110.00 * |
|  | Employee: 163 - REYNOSO, MANUEL A.    Terminated: 06/13/2020 |
| □12709 | 186.93 | | 7/18/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 7/13/2019 | | | | | | | | | | |
| □12728 | 186.91 | | 7/25/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.57FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 7/20/2019 | | | | | | | | | | |
| □12746 | 186.93 | | 8/1/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 7/27/2019 | | | | | | | | | | |
| □12762 | 186.93 | | 8/8/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 8/3/2019 | | | | | | | | | | |
| □12780 | 186.93 | | 8/15/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 8/10/2019 | | | | | | | | | | |
| □12796 | 186.92 | | 8/22/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 8/17/2019 | | | | | | | | | | |
| □12812 | 186.92 | | 8/29/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 8/24/2019 | | | | | | | | | | |
| □12828 | 186.93 | | 9/5/2019 | 14.58 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .33PFL 1.53LWT | 11.53SP |
| | | 218.75 | 8/31/2019 | | | | | | | | | | |

**CONFIDENTIAL**

**DEF00129**

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2019 - 12/31/2019

02/12/2021 11:57:40
Page: 115/128

Department : 01 - ADMINISTRATOR - 38110.00
Employee : 163 - REYNOSO, MANUEL A.        Terminated : 06/13/2020

| Check# | Net Pay | Rate | Check Date | Period End | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| □12844 | 186.93 |        | 9/12/2019  |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.56FI | 11.53SP |
|        |        | 218.75 |            | 9/7/2019  |       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12861 | 186.92 |        | 9/19/2019  |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.57FI | 11.53SP |
|        |        | 218.75 |            | 9/14/2019 |       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12878 | 186.93 |        | 9/26/2019  |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.56FI | 11.53SP |
|        |        | 218.75 |            | 9/21/2019 |       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12895 | 186.92 |        | 10/3/2019  |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.56FI | 11.53SP |
|        |        | 218.75 |            | 9/28/2019 |       | | |        | | |        | 3.18MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12912 | 186.93 |        | 10/10/2019 |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.56FI | 11.53SP |
|        |        | 218.75 |            | 10/5/2019 |       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12929 | 186.92 |        | 10/17/2019 |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.57FI | 11.53SP |
|        |        | 218.75 |            | 10/12/2019|       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12946 | 186.93 |        | 10/24/2019 |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.56FI | 11.53SP |
|        |        | 218.75 |            | 10/19/2019|       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |
| □12963 | 186.93 |        | 10/31/2019 |           | 14.58 | | | 218.75 | | | 218.75 | FWT    | 13.56FI | 11.53SP |
|        |        | 218.75 |            | 10/26/2019|       | | |        | | |        | 3.17MR | MR2     |         |
|        |        |        |            |           |       | | |        | | |        | 1.10SWT| .33PFL  |         |
|        |        |        |            |           |       | | |        | | |        | .60SDI | 1.53LWT |         |

**CONFIDENTIAL**

**DEF00130**

**JACKS EGGS AND OTHER INGREDIENTS LL**
**Employee Ledger Card for 1/1/2019 - 12/31/2019**

02/12/2021 11:57:42
Page: 116/128

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG / O/T / Other | Earnings REG / O/T / Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|
|  | Department : 01 - ADMINISTRATOR - 38110.00 * | | | | | | | | |
|  | Employee : 163 - REYNOSO, MANUEL A.  Terminated : 06/13/2020 | | | | | | | | |
| □12980 | 186.93 |        | 11/7/2019  | 14.58 | 218.75 | 218.75 | FWT     | 13.56FI  | 11.53SP |
|        |        | 218.75 | 11/2/2019  |       |        |        | 3.17MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □12997 | 186.91 |        | 11/14/2019 | 14.58 | 218.75 | 218.75 | FWT     | 13.57FI  | 11.53SP |
|        |        | 218.75 | 11/9/2019  |       |        |        | 3.18MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □13014 | 186.93 |        | 11/21/2019 | 14.58 | 218.75 | 218.75 | FWT     | 13.56FI  | 11.53SP |
|        |        | 218.75 | 11/16/2019 |       |        |        | 3.17MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □13030 | 186.93 |        | 11/28/2019 | 14.58 | 218.75 | 218.75 | FWT     | 13.56FI  | 11.53SP |
|        |        | 218.75 | 11/23/2019 |       |        |        | 3.17MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □13046 | 186.93 |        | 12/5/2019  | 14.58 | 218.75 | 218.75 | FWT     | 13.56FI  | 11.53SP |
|        |        | 218.75 | 11/30/2019 |       |        |        | 3.17MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □13062 | 186.92 |        | 12/12/2019 | 14.58 | 218.75 | 218.75 | FWT     | 13.57FI  | 11.53SP |
|        |        | 218.75 | 12/7/2019  |       |        |        | 3.17MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □13078 | 186.92 |        | 12/19/2019 | 14.58 | 218.75 | 218.75 | FWT     | 13.56FI  | 11.53SP |
|        |        | 218.75 | 12/14/2019 |       |        |        | 3.18MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |
| □13094 | 186.93 |        | 12/26/2019 | 14.58 | 218.75 | 218.75 | FWT     | 13.56FI  | 11.53SP |
|        |        | 218.75 | 12/21/2019 |       |        |        | 3.17MR  | MR2      |         |
|        |        |        |            |       |        |        | 1.10SWT | .33PFL   |         |
|        |        |        |            |       |        |        | .60SDI  | 1.53LWT  |         |

**CONFIDENTIAL**

**DEF00131**

**JACKS EGGS AND OTHER INGREDIENTS LL**

Employee Ledger Card for 1/1/2019 - 12/31/2019

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Department : 01 - ADMINISTRATOR - 38110.00 *

Employee : 163 - REYNOSO, MANUEL A.

| □NetPay | 9720.03 | REYNOSO, MANUEL Total : | 759.58 | | | 11375.00 | | | 11375.00 | FWT 164.94MR 57.20SWT 31.20SD1 | 705.25F1 MR2 17.11PFL 79.71LWT | 599.56SP |

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2018 - 12/31/2018

02/12/2021 11:53:04
Page : 118/133

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department : 01 - ADMINISTRATOR - 38110.00 | | | | | | | | | | | | | |
| Employee : 163 - REYNOSO, MANUEL A. | | | | | | | | | | | Terminated : 06/13/2020 | | |
| □11173 | 187.11 | | 1/4/2018 | 19.89 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT 1.68LWT | 13.56FI MR2 .60SDI | 11.53SP |
| | | 218.75 | 12/30/2017 | | | | | | | | | | |
| □11193 | 186.82 | | 1/11/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 1/6/2018 | | | | | | | | | | |

**CONFIDENTIAL**

**DEF00133**

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2018 - 12/31/2018

02/12/2021 11:53:06
Page: 119/133

Department: 01 - ADMINISTRATOR - 38110.00
Employee: 163 - REYNOSO, MANUEL A        Terminated: 06/13/2020

| Check# | Net Deposit | Net Pay | Rate | Check Date | Period End | Hours REG | Hours O/T | Hours Other | Earnings REG | Earnings O/T | Earnings Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐11212 | | 186.82 | 218.75 | 1/18/2018 | 1/13/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11231 | | 186.83 | 218.75 | 1/25/2018 | 1/20/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11250 | | 186.83 | 218.75 | 2/1/2018 | 1/27/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11269 | | 186.82 | 218.75 | 2/8/2018 | 2/3/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11288 | | 186.83 | 218.75 | 2/15/2018 | 2/10/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11307 | | 186.82 | 218.75 | 2/22/2018 | 2/17/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11326 | | 186.83 | 218.75 | 3/1/2018 | 2/24/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| ☐11345 | | 186.82 | 218.75 | 3/8/2018 | 3/3/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |

**JACKS EGGS AND OTHER INGREDIENTS LL**
**Employee Ledger Card for 1/1/2018 - 12/31/2018**

02/12/2021 11:53:08
Page: 120/133

Department: 01 - ADMINISTRATOR - 38110.00

Employee: 163 - REYNOSO, MANUEL A.     Terminated: 06/13/2020

| Check# / Deposit | Net Pay | Rate | Check Date / PeriodEnd | Hours REG | Hours O/T | Hours Other | Earnings REG | Earnings O/T | Earnings Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| □11364 | 186.83 | | 3/15/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 3/10/2018 | | | | | | | | | | |
| □11383 | 186.83 | | 3/22/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 3/17/2018 | | | | | | | | | | |
| □11402 | 186.83 | | 3/29/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 3/24/2018 | | | | | | | | | | |
| □11422 | 186.81 | | 4/5/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SD1 | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 3/31/2018 | | | | | | | | | | |
| □11442 | 186.83 | | 4/12/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 4/7/2018 | | | | | | | | | | |
| □11462 | 186.83 | | 4/19/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 4/14/2018 | | | | | | | | | | |
| □11482 | 186.83 | | 4/26/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 4/21/2018 | | | | | | | | | | |
| □11502 | 186.82 | | 5/3/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SD1 | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 4/28/2018 | | | | | | | | | | |

**CONFIDENTIAL**

DEF00135

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2018 - 12/31/2018

02/12/2021 11:53:10
Page : 121/133

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | REG | Hours O/T | Other | REG | Earnings O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Department : 01 - ADMINISTRATOR - 38110.00 * | | | | | | | |
| | | | | | | Employee : 163 - REYNOSO, MANUEL A. | | | | Terminated : 06/13/2020 | | | |
| ☐11522 | 186.82 | | 5/10/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 5/5/2018 | | | | | | | | | | |
| ☐11542 | 186.83 | | 5/17/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 5/12/2018 | | | | | | | | | | |
| ☐11562 | 186.83 | | 5/24/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 5/19/2018 | | | | | | | | | | |
| ☐11580 | 186.82 | | 5/31/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 5/26/2018 | | | | | | | | | | |
| ☐11598 | 186.83 | | 6/7/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 6/2/2018 | | | | | | | | | | |
| ☐11616 | 186.82 | | 6/14/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 6/9/2018 | | | | | | | | | | |
| ☐11634 | 186.83 | | 6/21/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 6/16/2018 | | | | | | | | | | |
| ☐11652 | 186.82 | | 6/28/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 6/23/2018 | | | | | | | | | | |

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2018 - 12/31/2018

02/12/2021 11:53:11
Page : 122/133

| Check# / Deposit | Net Pay | Rate | Check Date / PeriodEnd | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Department : 01 - ADMINISTRATOR - 38110.00 *

Employee : 163 - REYNOSO, MANUEL A.    Terminated : 06/13/2020

| Check# | Net Pay | Rate | Check Date / PeriodEnd | REG Hours | | | REG Earnings | | | Gross | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| □11673 | 186.83 | | 7/5/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 6/30/2018 | | | | | | | | | | |
| □11692 | 186.83 | | 7/12/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 7/7/2018 | | | | | | | | | | |
| □11711 | 186.83 | | 7/19/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 7/14/2018 | | | | | | | | | | |
| □11730 | 186.81 | | 7/26/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.18MR 1.10SWT .60SDI | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 7/21/2018 | | | | | | | | | | |
| □11749 | 186.83 | | 8/2/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 7/28/2018 | | | | | | | | | | |
| □11768 | 186.83 | | 8/9/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 8/4/2018 | | | | | | | | | | |
| □11787 | 186.83 | | 8/16/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.56FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 8/11/2018 | | | | | | | | | | |
| □11806 | 186.82 | | 8/23/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT 3.17MR 1.10SWT .60SDI | 13.57FI MR2 .28PFL 1.68LWT | 11.53SP |
| | | 218.75 | 8/18/2018 | | | | | | | | | | |

**CONFIDENTIAL**

DEF00137

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2018 - 12/31/2018

02/12/2021 11:53:13
Page : 123/133

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG / O/T / Other | Earnings REG / O/T / Other | Gross Earnings | Taxes | Deductions |
|---|---|---|---|---|---|---|---|---|
| | | | | | Department : 01 - ADMINISTRATOR - 38110.00 | | | |
| | | | | Employee : 163 - REYNOSO, MANUEL A. | | | Terminated : 06/13/2020 | |
| ☐11825 | 186.82 | 218.75 | 8/30/2018 8/25/2018 | 16.00 | 218.75 | 218.75 | FWT 13.56FI<br>3.18MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11844 | 186.83 | 218.75 | 9/6/2018 9/1/2018 | 16.00 | 218.75 | 218.75 | FWT 13.56FI<br>3.17MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11863 | 186.83 | 218.75 | 9/13/2018 9/8/2018 | 16.00 | 218.75 | 218.75 | FWT 13.56FI<br>3.17MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11882 | 186.82 | 218.75 | 9/20/2018 9/15/2018 | 16.00 | 218.75 | 218.75 | FWT 13.57FI<br>3.17MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11901 | 186.83 | 218.75 | 9/27/2018 9/22/2018 | 16.00 | 218.75 | 218.75 | FWT 13.56FI<br>3.17MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11920 | 186.82 | 218.75 | 10/4/2018 9/29/2018 | 16.00 | 218.75 | 218.75 | FWT 13.56FI<br>3.18MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11939 | 186.83 | 218.75 | 10/11/2018 10/6/2018 | 16.00 | 218.75 | 218.75 | FWT 13.56FI<br>3.17MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |
| ☐11958 | 186.82 | 218.75 | 10/18/2018 10/13/2018 | 16.00 | 218.75 | 218.75 | FWT 13.57FI<br>3.17MR MR2<br>1.10SWT .28PFL<br>.60SDI 1.68LWT | 11.53SP |

**CONFIDENTIAL**

DEF00138

**JACKS EGGS AND OTHER INGREDIENTS LL**
**Employee Ledger Card for 1/1/2018 - 12/31/2018**

02/12/2021 11:53:15
Page: 124/133

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG / O/T / Other | Earnings REG / O/T / Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|
| ☐11977 | 186.83 | | 10/25/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 10/20/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐11996 | 186.83 | | 11/1/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 10/27/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐12015 | 186.83 | | 11/8/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 11/3/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐12034 | 186.81 | | 11/15/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.57FI | 11.53SP |
| | | 218.75 | 11/10/2018 | | | | 3.18MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐12053 | 186.83 | | 11/22/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 11/17/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐12072 | 186.83 | | 11/29/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 11/24/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐12090 | 186.83 | | 12/6/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.56FI | 11.53SP |
| | | 218.75 | 12/1/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |
| ☐12108 | 186.82 | | 12/13/2018 | 16.00 | 218.75 | 218.75 | FWT | 13.57FI | 11.53SP |
| | | 218.75 | 12/8/2018 | | | | 3.17MR | MR2 | |
| | | | | | | | 1.10SWT | .28PFL | |
| | | | | | | | .60SDI | 1.68LWT | |

Department : 01 - ADMINISTRATOR - 38110.00
Employee : 163 - REYNOSO, MANUEL A.          Terminated : 06/13/2020

**CONFIDENTIAL**                                                                                           DEF00139

**JACKS EGGS AND OTHER INGREDIENTS LL**
Employee Ledger Card for 1/1/2018 - 12/31/2018

02/12/2021 11:53:17
Page : 125/133

| Check# Deposit | Net Pay | Rate | Check Date PeriodEnd | Hours REG | O/T | Other | Earnings REG | O/T | Other | Gross Earnings | Taxes | | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Department : 01 - ADMINISTRATOR - 38110.00 * |
|  | Employee : 163 - REYNOSO, MANUEL A.     Terminated : 06/13/2020 |
| □12126 | 186.82 | | 12/20/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT | 13.56 FI | 11.53 SP |
| | | 218.75 | 12/15/2018 | | | | | | | | 3.18 MR | MR2 | |
| | | | | | | | | | | | 1.10 SWT | .28 PFL | |
| | | | | | | | | | | | .60 SDI | 1.68 LWT | |
| □12145 | 186.83 | | 12/27/2018 | 16.00 | | | 218.75 | | | 218.75 | FWT | 13.56 FI | 11.53 SP |
| | | 218.75 | 12/22/2018 | | | | | | | | 3.17 MR | MR2 | |
| | | | | | | | | | | | 1.10 SWT | .28 PFL | |
| | | | | | | | | | | | .60 SDI | 1.68 LWT | |
| □NetPay | 9715.21 | REYNOSO, MANUEL Total : | | 835.89 | | | 11375.00 | | | 11375.00 | FWT | 705.25 FI | 599.56 SP |
| | | | | | | | | | | | 164.94 MR | MR2 | |
| | | | | | | | | | | | 57.20 SWT | 14.28 PFL | |
| | | | | | | | | | | | 31.20 SDI | 87.36 LWT | |

[Remainder of page redacted]

CONFIDENTIAL                                                                DEF00140