THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11173

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/4/2018 | ********$187.11 |

PAY ········ONE HUNDRED EIGHTY SEVEN DOLLARS AND 11 CENTS········

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11173⑈ ⑇226071457⑇ 183005487⑈

| | | | |
|---|---|---|---|
| Capture Date | 20180104 | Optional Field 6 | 0 |
| Sequence Number | 910761363 | Amount | $187.11 |
| Serial Number | 11173 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



>021407912<
CAPITAL ONE, NA
0063026608      101032018
RICHMOND, VA 01421
RDC   Deposit     1556596138

0910761363
2018-01-04

CONFIDENTIAL

DEF00141

THIS CHECK IS VOID WITHOUT A COLOR'D BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    **11193**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/11/2018 | ******** $186.82 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑊11193⑊  ⑊226071457⑊ 183005487⑊

| | |
|---|---|
| Capture Date | 20180117 |
| Sequence Number | 910277385 |
| Serial Number | 11193 |
| Account Number | 183005487 |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.82 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

0910277385
2018-01-17

>021407912<
CAPITAL ONE, NA
0027946572    01162018
RICHMOND, VA 450 21
RDC   Deposit    1556596138

CONFIDENTIAL                                                        DEF00142

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11212

-7145/2260 -

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/18/2018 | ********$186.82 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11212⑈  ⑆226071457⑆ 183005487⑈

| Capture Date | 20180125 | Optional Field 6 | 0 |
|---|---|---|---|
| Sequence Number | 910626612 | Amount | $186.82 |
| Serial Number | 11212 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0963453728     01242018
RICHMOND, VA 010 21
RDC  Deposit      1556596138

0910626612
2018-01-25

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**11231**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 1/25/2018 | ********$186.83 |

PAY ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11231⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180201 | **Optional Field 6** | 0 |
| **Sequence Number** | 910933967 | **Amount** | $186.83 |
| **Serial Number** | 11231 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910933967
2018-02-01

>021407912<
CAPITAL ONE, NA
0046698260      01312018
RICHMOND, VA 006 21
RDC   Deposit      585098564

CONFIDENTIAL

DEF00144

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**     NORTHFIELD BANK          **11250**
130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 2/1/2018   | ********$186.83  |

PAY     *******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS*******

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11250⑈  ⑆226071457⑆  183005487⑈

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20180207 | **Optional Field 6** | 0 |
| **Sequence Number** | 910218522 | **Amount** | $186.83 |
| **Serial Number** | 11250 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910218522
2018-02-07

>021407912<
CAPITAL ONE, NA
082538256    02062018
RICHMOND, VA 116 21
RDC   Deposit    1556596138

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**         NORTHFIELD BANK                    **11269**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 2/8/2018   | ********$186.82 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

    MANUEL A. REYNOSO
    680 ST NICHOLAS AVE
    APT 4A
    New York, NY 10030

⑈11269⑈  ⑆226071457⑆ 183005487⑈

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20180216 | **Optional Field 6** | 0 |
| **Sequence Number** | 910623931 | **Amount** | $186.82 |
| **Serial Number** | 11269 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK          **11288**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 2/15/2018 | ********$186.83 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11288⑈  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180222 | **Optional Field 6** | 0 |
| **Sequence Number** | 910832530 | **Amount** | $186.83 |
| **Serial Number** | 11288 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910832530
2018-02-22

>021407912<
CAPITAL ONE, NA
0082849580      02212018
RICHMOND, VA 012 21
FDG  Deposit      1556596138

CONFIDENTIAL          DEF00147

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO SEE

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**11307**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 2/22/2018 | ********$186.82 |

PAY ········ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS········

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11307⑈  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180228 | **Optional Field 6** | 0 |
| **Sequence Number** | 910076872 | **Amount** | $186.82 |
| **Serial Number** | 11307 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, NA
0005872024   02272018
RICHMOND, VA 112 21
RDC  Deposit     1556596138

0910076872
2018-02-28

CONFIDENTIAL

DEF00148



CONFIDENTIAL

DEF00149

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPAINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK                    11345

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/8/2018 | ********$186.82 |

PAY   *******ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11345⑈  ⑆226071457⑈  183005487⑈

| | |
|---|---|
| Capture Date | 20180312 |
| Sequence Number | 910559234 |
| Serial Number | 11345 |
| Account Number | 183005487 |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.82 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0088745536      03092018
RICHMOND, VA 114 21
RDC  Deposit      1556596138

0910559234
2018-03-12

CONFIDENTIAL                                                DEF00150

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11364

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
| --- | --- |
| 3/15/2018 | ••••••• $186.83 |

PAY   •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS•••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11364⑆  ⑆226071457⑆  183005487⑆

---

| | | | |
| --- | --- | --- | --- |
| Capture Date | 20180322 | Optional Field 6 | 0 |
| Sequence Number | 910020481 | Amount | $186.83 |
| Serial Number | 11364 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



>021407912<
CAPITAL ONE, NA
0024083360   03212018
RICHMOND, VA 034 21
RDC  Deposit   1556596138

0910020481
2018-03-22



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11383

•7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/22/2018 | ••••••• $186.83 |

PAY        ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS•••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11383⑆ ⑆226071457⑆ 183005487⑆

| | |
|---|---|
| Capture Date | 20180329 |
| Sequence Number | 910300734 |
| Serial Number | 11383 |
| Account Number | 183005487 |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.83 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

DEF00152

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A NIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**        NORTHFIELD BANK                    **11402**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 3/29/2018  | ••••••••$186.83 |

PAY    ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS••••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11402⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| **Capture Date** | 20180404 |
| **Sequence Number** | 910509497 |
| **Serial Number** | 11402 |
| **Account Number** | 183005487 |
| **Optional Field 6** | 0 |
| **Amount** | $186.83 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, NA
0045555292    04032018
RICHMOND, VA 17 21
RDC  Deposit     1556596138

09105094977
2018-04-04

CONFIDENTIAL                                                                 DEF00153

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11422

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 4/5/2018 | ••••••••$186.81 |

PAY    ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 81 CENTS••••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11422⑈  ⑆226071457⑉  183005487⑈

| Capture Date | 20180419 | Optional Field 6 | 0 |
|---|---|---|---|
| Sequence Number | 910136616 | Amount | $186.81 |
| Serial Number | 11422 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



>021407912<
CAPITAL ONE, NA
0062567868      04182018
RICHMOND, VA 03421
RDC   Deposit      4556596138

0910136616
2018-04-19

CONFIDENTIAL

DEF00154



| | | |
|---|---|---|
| **Capture Date** | 20180411 | **Optional Field 6**      0 |
| **Sequence Number** | 910785286 | **Amount**      $186.83 |
| **Serial Number** | 11442 | **Routing Number**      226071457 |
| **Account Number** | 183005487 | **Transaction Code**      51 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11462

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|------------------|
| 4/19/2018 | ********$186.83 |

PAY    *******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS*******

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11462⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| Capture Date | 20180425 |
| Sequence Number | 910356132 |
| Serial Number | 11462 |
| Account Number | 183005487 |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.83 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0068691068    04242018
RICHMOND, VA 112 21
RDC   Deposit    1556596138

0910356132
2018-04-25

CONFIDENTIAL

DEF00156

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK                    11482

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 4/26/2018  | ******** $186.83 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11482⑈  ⑆226071457⑆  183005487⑈

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20180502 | **Optional Field 6** | 0 |
| **Sequence Number** | 910638378 | **Amount** | $186.83 |
| **Serial Number** | 11482 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, NA
0051964656    05012018
RICHMOND, VA 120 21
RDC  Deposit    1556596138

0910638378
2018-05-02

**CONFIDENTIAL**                                                      **DEF00157**



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**     NORTHFIELD BANK          **11502**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 5/3/2018   | ********$186.82  |

PAY     ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11502⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| **Capture Date** | 20180510 |
| **Sequence Number** | 910991461 |
| **Serial Number** | 11502 |
| **Account Number** | 183005487 |
| **Optional Field 6** | 0 |
| **Amount** | $186.82 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |

>065000090<
CAPITAL ONE, NA
0003795640     05092018
RICHMOND, VA 038 21
Deposit       1556596138

0910991461
2018-05-10

CONFIDENTIAL                                        DEF00158



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    **11522**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 5/10/2018 | ********$186.82 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑾11522⑾ ⑆226071457⑆ 183005487⑾

| | | | |
|---|---|---|---|
| **Capture Date** | 20180517 | **Optional Field 6** | 0 |
| **Sequence Number** | 910288922 | **Amount** | $186.82 |
| **Serial Number** | 11522 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



**CONFIDENTIAL**                                    **DEF00159**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK          11542

130 44TH STREET
BROOKLYN, NY 11232 .

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 5/17/2018  | ********$186.83  |

PAY          ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11542⑈ ⑈226071457⑈ 183005487⑈

| | |
|---|---|
| **Capture Date** | 20180523 |
| **Sequence Number** | 910498109 |
| **Serial Number** | 11542 |
| **Account Number** | 183005487 |
| **Optional Field 6** | 0 |
| **Amount** | $186.83 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, N.A.
00086283536        05222018
RICHMOND, VA 112 21
RDC    Deposit        1556596138

0910498109
2018-05-23

CONFIDENTIAL          DEF00160



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    **11562**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 5/24/2018 | ******** $186.83 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11562⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180601 | **Optional Field 6** | 0 |
| **Sequence Number** | 910824762 | **Amount** | $186.83 |
| **Serial Number** | 11562 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>065000090<
CAPITAL ONE, NA
0082062804    05312018
RICHMOND, VA 007 21
Deposit    1556596138

09108247621
2018-06-01

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT'S FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   11580
130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 5/31/2018 | ********$186.82 |

PAY   ******ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS******
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11580⑈  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| Capture Date | 20180608 | Optional Field 6 | 0 |
| Sequence Number | 910130563 | Amount | $186.82 |
| Serial Number | 11580 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

0910130563
2018-06-08

>021407912<
CAPITAL ONE, NA
0079318108      06/07/2018
RICHMOND, VA 04111
RDC    Deposit    1656596138

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGLEPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

NORTHFIELD BANK

**11598**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 6/7/2018 | ********$186.83 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11598⑈  ⑆226071457⑆  183005487⑈

| Capture Date | 20180615 | Optional Field 6 | 0 |
|---|---|---|---|
| Sequence Number | 910417068 | Amount | $186.83 |
| Serial Number | 11598 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0016354164    06142018
RICHMOND, VA 01521
RDC   Deposit    1556596138

0910417068
2018-06-15

CONFIDENTIAL

DEF00163

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A RIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK          **11616**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 6/14/2018  | ********$186.82 |

PAY      ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11616⑈  ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180628 | **Optional Field 6** | 0 |
| **Sequence Number** | 910904210 | **Amount** | $186.82 |
| **Serial Number** | 11616 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, N.A.
0037251720    06272018
RICHMOND, VA 09721
RDC   Deposit   1556596138

0910904210
2018-06-28

CONFIDENTIAL                                                            **DEF00164**



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL    NORTHFIELD BANK    11634

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 6/21/2018  | ********$186.83 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11634⑈ ⑆226071457⑉ 183005487⑈

| | | |
|---|---|---|
| Capture Date | 20180628 | Optional Field 6 | 0 |
| Sequence Number | 910904211 | Amount | $186.83 |
| Serial Number | 11634 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0050252344        06272018
RICHMOND, VA 09? 21
RDC   Deposit   1556596138

0910904211
2018-06-28

CONFIDENTIAL                                                    DEF00165

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK          **11652**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 6/28/2018  | *******$186.82 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈‖11652⑈ ⑈:226071457⑈: 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180710 | **Optional Field 6** | 0 |
| **Sequence Number** | 910324528 | **Amount** | $186.82 |
| **Serial Number** | 11652 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   11673

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 7/5/2018 | ********$186.83 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11673⑈ ⑆226071457⑆ 183005487⑈

| | | |
|---|---|---|
| Capture Date | 20180717 | Optional Field 6 | 0 |
| Sequence Number | 910584478 | Amount | $186.83 |
| Serial Number | 11673 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0039954804      07162018
RICHMOND, VA 174 21
RDC  Deposit      1556596138

0910584478
2018-07-17

CONFIDENTIAL                                    DEF00167

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

11692

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 7/12/2018 | ********* $186.83 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11692⑈ ⑈226071457⑈ 183005487⑈

| | | | | |
|---|---|---|---|---|
| **Capture Date** | 20180719 | **Optional Field 6** | 0 |
| **Sequence Number** | 910672047 | **Amount** | $186.83 |
| **Serial Number** | 11692 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, N.A.
018201448    02182018
RICHMOND, VA 05521
RDC  Deposit    1556596138

0910672047
2018-07-19



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11711

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 7/19/2018 | ••••••• $186.83 |

PAY      •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS•••••••
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11711⑆ ⑆226071457⑆ 183005487⑆

| | | | |
|---|---|---|---|
| Capture Date | 20180726 | Optional Field 6 | 0 |
| Sequence Number | 910908032 | Amount | $186.83 |
| Serial Number | 11711 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



>021407912<
CAPITAL ONE, N.A.
0021908752        7252018
RICHMOND, VA 0 21
RDC Deposit    1556596138

0910908032
2018-07-26

**CONFIDENTIAL**                                   **DEF00169**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11730

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 7/26/2018 | ********$186.81 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 8| CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11730⑆ ⑉226071457⑉ 183005487⑈

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20180801 | **Optional Field 6** | 0 |
| **Sequence Number** | 910122408 | **Amount** | $186.84 |
| **Serial Number** | 11730 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, NA
0022176052        07312018
RICHMOND, VA 112 21
RDC   Deposit    · 1556596138

0910122408
2018-08-01

CONFIDENTIAL

DEF00170

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A RIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK          **11749**

130 44TH STREET
BROOKLYN, NY 11232

•7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 8/2/2018 | •••••••• $186.83 |

PAY   ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS••••••••

TO THE ORDER OF

    MANUEL A. REYNOSO
    680 ST NICHOLAS AVE
    APT 4A
    New York, NY 10030

⑆11749⑆ ⑆226071457⑆ 183005487⑆

| | | | |
|---|---|---|---|
| **Capture Date** | 20180808 | **Optional Field 6** | 0 |
| **Sequence Number** | 910403396 | **Amount** | $186.83 |
| **Serial Number** | 11749 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>021407912<
CAPITAL ONE, NA
0041044900          08072018
RICHMOND, VA 101 21
RDC   Deposit          1556596138

0910403396
2018-08-08

**CONFIDENTIAL**                                                      **DEF00171**



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   **11768**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 8/9/2018 | ••••••• $186.83 |

PAY   •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS•••••••
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11768⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| **Capture Date** | 20180816 |
| **Sequence Number** | 910701386 |
| **Serial Number** | 11768 |
| **Account Number** | 183005487 |
| **Optional Field 6** | 0 |
| **Amount** | $186.83 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |



>021407912<
CAPITAL ONE, N.A.
0052430444        08152018
RICHMOND, VA 657 21
RDC   Deposit       1556596138

0910701386
2018-08-16

**CONFIDENTIAL**                                              **DEF00172**



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**     NORTHFIELD BANK          **11787**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 8/16/2018 | ********$186.83 |

PAY *******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS*******

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11787⑈  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20180824 | **Optional Field 6** | 0 |
| **Sequence Number** | 910000054 | **Amount** | $186.83 |
| **Serial Number** | 11787 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

>065000090<
CAPITAL ONE, NA
0034947844      08232018
RICHMOND, VA 015 21
Deposit      1556596538

FINGERPRINT SEAL

KNIGHT TRADEMARK



| Capture Date | 20180910 | Optional Field 6 | 0 |
| Sequence Number | 910564045 | Amount | $186.82 |
| Serial Number | 11806 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



CONFIDENTIAL                                                        DEF00174



| | |
|---|---|
| **Capture Date** 20180910 | **Optional Field 6** 0 |
| **Sequence Number** 910564044 | **Amount** $186.82 |
| **Serial Number** 11825 | **Routing Number** 226071457 |
| **Account Number** 183005487 | **Transaction Code** 51 |



**CONFIDENTIAL**            **DEF00175**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A RIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL          NORTHFIELD BANK          11844

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|------------------|
| 9/6/2018   | ********$186.83  |

PAY   *******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS*******

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11844⑈   ⑆226071457⑆   183005487⑈

| | | |
|---|---|---|
| Capture Date | 20180913 | Optional Field 6 | 0 |
| Sequence Number | 910734640 | Amount | $186.83 |
| Serial Number | 11844 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0085363152      09122018
RICHMOND, VA 01121
RDC   Deposit   656596138

0910734640
2018-09-13

CONFIDENTIAL                                                        DEF00176

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK                                        **11863**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 9/13/2018 | ********$186.83 |

PAY  ·······ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS·······

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11863⑈  ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| **Capture Date** 20180925 | **Optional Field 6** 0 |
| **Sequence Number** 910182575 | **Amount** $186.83 |
| **Serial Number** 11863 | **Routing Number** 226071457 |
| **Account Number** 183005487 | **Transaction Code** 51 |

>021407912<
CAPITAL ONE, NA
0083944872       09242018
RICHMOND, VA 189 21
RDC   Deposit       1656596138

0910182575
2018-09-25

CONFIDENTIAL                                                    DEF00177

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK          11882

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 9/20/2018  | ********$186.82  |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11882⑈ ⑇226071457⑈ 183005487⑈

| | | | |
|---|---|---|---|
| Capture Date | 20180928 | Optional Field 6 | 0 |
| Sequence Number | 910324432 | Amount | $186.82 |
| Serial Number | 11882 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

0910324432
2018-09-28

021407912<
CAPITAL ONE, NA
09191548    09272018
RICHMOND, VA 09?21
RDC   Deposit   556596138

CONFIDENTIAL                    DEF00178

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**11901**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 9/27/2018  | ********$186.83 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11901⑈ ⑆226071457⑆ 183005487⑈

| | | |
|---|---|---|
| Capture Date | 20181003 | |
| Sequence Number | 910514313 | |
| Serial Number | 11901 | |
| Account Number | 183005487 | |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.83 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0047760772      0022018
RICHMOND, VA 156 21
RDC   Deposit      1556596138

0910514313
2018-10-03

                                        DEF00179



| | | |
|---|---|---|
| **Capture Date** | 20181010 | **Optional Field 6** | 0 |
| **Sequence Number** | 910812377 | **Amount** | $186.82 |
| **Serial Number** | 11920 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK          11939

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 10/11/2018 | ••••••• $186.83 |

PAY    •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS•••••••
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11939⑆  ⑈226071457⑈  183005487⑈

---

| | | | |
|---|---|---|---|
| Capture Date | 20181017 | Optional Field 6 | 0 |
| Sequence Number | 910135968 | Amount | $186.83 |
| Serial Number | 11939 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

>021407912<
CAPITAL ONE, NA
0041213420    10162018
RICHMOND, VA 095 21
RDC   Deposit      1556596138

0910135968
2018-10-17

CONFIDENTIAL                                              DEF00181

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
NORTHFIELD BANK          11958

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 10/18/2018 | ********$186.82 |

PAY   *******ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11958⑆  ⑆226071457⑆ 183005487⑈

| Capture Date | 20181024 | Optional Field 6 | 0 |
|---|---|---|---|
| Sequence Number | 910419729 | Amount | $186.82 |
| Serial Number | 11958 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



>021407912<
CAPITAL ONE, NA
0087974500      .10232018
RICHMOND, VA 096 21
RDC   Deposit      1556596138

0910419729
2018-10-24

CONFIDENTIAL                                   DEF00182

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   **11977**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 10/25/2018 | ******** $186.83 |

PAY *********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS*********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈11977⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20181101 | **Optional Field 6** | 0 |
| **Sequence Number** | 910742840 | **Amount** | $186.83 |
| **Serial Number** | 11977 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910742840
2018-11-01

POM 411
Pay-O-Matic Check Cashing Corp
License Casher of Checks
Account# 7803997701

**CONFIDENTIAL**                    **DEF00183**

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

11996

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 11/1/2018 | ********* $186.83 |

PAY ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆11996⑆ ⑈226071457⑈ 183005487⑈

| | | | | |
|---|---|---|---|---|
| Capture Date | 20181114 | Optional Field 6 | 0 |
| Sequence Number | 910273331 | Amount | $186.83 |
| Serial Number | 11996 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

Pay to the order of
MB Financial Bank, N.A.
071926252           0910273331
For Deposit Only     2018-11-14

NOV 12 2018

Community Financial LLC #70
258 W 145th St
Licensed Casher of Checks
7803940139

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

CONFIDENTIAL

DEF00184

## JACKS EGGS AND OTHER INGREDIENTS LL

NORTHFIELD BANK

**12015**

130 44TH STREET
BROOKLYN, NY 11232

3.87

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 11/8/2018 | ********$186.83 |

PAY ******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS******

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12015⑆ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20181126 | **Optional Field 6** | 0 |
| **Sequence Number** | 910678708 | **Amount** | $186.83 |
| **Serial Number** | 12015 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



NOV 22 2018

0910678708
2018-11-26

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

**CONFIDENTIAL**

**DEF00185**

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   **12034**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 11/15/2018 | ******** $186.81 |

PAY *****ONE HUNDRED EIGHTY SIX DOLLARS AND 81 CENTS***

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑫12034⑫ ⑆226071457⑆ 183005487⑆

| | | | | |
|---|---|---|---|---|
| Capture Date | 20181126 | Optional Field 6 | 0 |
| Sequence Number | 910678709 | Amount | $186.81 |
| Serial Number | 12034 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

NOV 22 2018

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

0910678709
2018-11-26

**CONFIDENTIAL**                    **DEF00186**

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK                    **12053**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 11/21/2018 | ******** $186.83 |

PAY  *******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

    MANUEL A. REYNOSO
    680 ST NICHOLAS AVE
    APT 4A
    New York, NY 10030

⑈12053⑈  ⑆226071457⑈  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20181207 | **Optional Field 6** | 0 |
| **Sequence Number** | 910252423 | **Amount** | $186.83 |
| **Serial Number** | 12053 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910252423
2018-12-07

POM 241
Pay-O-Matic Check Cashing Corp
License Casher of Checks
Account# 7803997701

**CONFIDENTIAL**                                                    **DEF00187**

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK              **12072**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 11/29/2018 | ********$186.83 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********************

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12072⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20181207 | **Optional Field 6** | 0 |
| **Sequence Number** | 910252424 | **Amount** | $186.83 |
| **Serial Number** | 12072 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910252424
2018-12-07

POM 241
Pay-O-Matic Check Cashing Corp
License Casher of Checks
Account# 7803997701

**CONFIDENTIAL**                                                                    **DEF00188**



**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

12090

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 12/6/2018 | ********$186.83 |

PAY *******ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12090⑆ ⑆226071457⑆ 183005487⑆

| | | | |
|---|---|---|---|
| Capture Date | 20181227 | Optional Field 6 | 0 |
| Sequence Number | 910040721 | Amount | $186.83 |
| Serial Number | 12090 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



0910040721
2018-12-27

PAY TO THE ORDER OF
CHS FINANCIAL GROUP
FOR DEPOSIT ONLY
PLS CHECK CASHERS OF NEW YORK,INC
CC902, AMSTERDAM
7.01.3956893-E
Licensed Cashier of Checks

For Deposit Only
PLS New York Check Cashers
CC902 Amsterdam

THIS CHECK IS VOID WITH   A COLORED BORDER AND BACKGROUND   LIGHT & FINGERPRINT WATERMARK ON BACK   K - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**12108**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 12/13/2018 | ********$186.82 |

PAY   *************ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS************

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12108⑈  ⑆226071457⑇  183005487⑈

| | | |
|---|---|---|
| **Capture Date** | 20181227 | |
| **Sequence Number** | 910040720 | |
| **Serial Number** | 12108 | |
| **Account Number** | 183005487 | |

| | | |
|---|---|---|
| **Optional Field 6** | 0 | |
| **Amount** | $186.82 | |
| **Routing Number** | 226071457 | |
| **Transaction Code** | 51 | |

0910040720
2018-12-27

For Deposit Only
PLS New York Check Cashers
CC902 Amsterdam

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK     **12126**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 12/20/2018 | ********$186.82 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 82 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12126⑆ ⑆226071457⑆ 183005487⑆

| | | | |
|---|---|---|---|
| **Capture Date** | 20181231 | **Optional Field 6** | 0 |
| **Sequence Number** | 910159450 | **Amount** | $186.82 |
| **Serial Number** | 12126 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**12145**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 12/27/2018 | ******** $186.83 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈"¹²¹⁴⁵"⑈  ⑆²²⁶⁰⁷¹⁴⁵⁷⑆  ¹⁸³⁰⁰⁵⁴⁸⁷"⑈

| | | | | |
|---|---|---|---|---|
| **Capture Date** | 20190108 | | **Optional Field 6** | 0 |
| **Sequence Number** | 910506130 | | **Amount** | $186.83 |
| **Serial Number** | 12145 | | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | | **Transaction Code** | 51 |

**CONFIDENTIAL**

**DEF00192**

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

**12163**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/3/2019 | ********$186.83 |

PAY ********ONE HUNDRED EIGHTY SIX DOLLARS AND 83 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12163⑈ ⑆226071457⑈ 183005487⑈



| | | | | |
|---|---|---|---|---|
| **Capture Date** | 20190111 | | **Optional Field 6** | 0 |
| **Sequence Number** | 910691714 | | **Amount** | $186.83 |
| **Serial Number** | 12163 | | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | | **Transaction Code** | 51 |

0910691714
2019-01-11

**DEF00193**

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    12181

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/10/2019 | *********$186.92 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12181⑆ ⑈226071457⑈ 183005487⑈

| | | | | |
|---|---|---|---|---|
| **Capture Date** | 20190124 | **Optional Field 6** | 0 |
| **Sequence Number** | 910213124 | **Amount** | $186.92 |
| **Serial Number** | 12181 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK                    **12199**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 1/17/2019  | ********$186.92  |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********
TO THE ORDER OF

    MANUEL A. REYNOSO
    680 ST NICHOLAS AVE
    APT 4A
    New York, NY 10030

⑈12199⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20190124 | **Optional Field 6** | 0 |
| **Sequence Number** | 910213123 | **Amount** | $186.92 |
| **Serial Number** | 12199 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

0910213123
2019-01-24

**DEF00195**

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

**12217**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/24/2019 | ******** $186.93 |

PAY ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12217⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| **Capture Date** | 20190201 |
| **Sequence Number** | 910555335 |
| **Serial Number** | 12217 |
| **Account Number** | 183005487 |

| | |
|---|---|
| **Optional Field 6** | 0 |
| **Amount** | $186.93 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |

0910555335
2019-02-01

POM 208
Pay-O-Matic Check Cashing Corp
License Casher of Checks
Account# 7803997701

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

12235

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/31/2019 | ******** $186.93 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12235⑈  ⑆226071457⑆  183005487⑈

| | | |
|---|---|---|
| **Capture Date** | 20190206 | **Optional Field 6** 0 |
| **Sequence Number** | 910757296 | **Amount** $186.93 |
| **Serial Number** | 12235 | **Routing Number** 226071457 |
| **Account Number** | 183005487 | **Transaction Code** 51 |



0910757296
2019-02-06

**CONFIDENTIAL**                                                    **DEF00197**

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    **12253**

130 44TH STREET
BROOKLYN, NY 11232

3.87

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|------------------|
| 2/7/2019   | *****$186.92     |

PAY   ...... ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS ......
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12253⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| Capture Date | 20190220 | Optional Field 6 | 0 |
| Sequence Number | 910358836 | Amount | $186.92 |
| Serial Number | 12253 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

Pay to the order of
MB Financial
0710001737
For Deposit Only

FEB 1 8 2019    0910358836
2019-02-20

NY Community Financial, LLC
DBA The Check Cashing Place
Store #70 - 958 W 145th
Licensed Casher of Checks
7803940139

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

**CONFIDENTIAL**                                    **DEF00198**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

**12271**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 2/14/2019 | ********$186.93 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS*********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12271⑈  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20190220 | **Optional Field 6** | 0 |
| **Sequence Number** | 910361075 | **Amount** | $186.93 |
| **Serial Number** | 12271 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910361075
2019-02-20

**CONFIDENTIAL**

DEF00199

CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

12289

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 2/21/2019 | ********$186.92 |

PAY      ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12289⑆ ⑆226071457⑆ 183005487⑆

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20190301 | **Optional Field 6** | 0 |
| **Sequence Number** | 910777360 | **Amount** | $186.92 |
| **Serial Number** | 12289 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910777360
2019-03-01

**CONFIDENTIAL**

**DEF00200**

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK          **12310**

130 44TH STREET
BROOKLYN, NY 11232

-7143/2250

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 2/28/2019 | ••••••• $186.93 |

PAY   •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS•••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12310⑈ ⑆226071457⑆ 183005487⑈

| | | |
|---|---|---|
| **Capture Date** | 20190322 | **Optional Field 6** | 0 |
| **Sequence Number** | 910819553 | **Amount** | $186.93 |
| **Serial Number** | 12310 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only - JPMC

0910819553
2019-03-22

CONFIDENTIAL                                        DEF00201

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**     NORTHFIELD BANK          12329
130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 3/7/2019   | ********$186.92  |

PAY     ·······ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS········
TO THE ORDER OF
        MANUEL A. REYNOSO
        680 ST NICHOLAS AVE
        APT 4A
        New York, NY 10030

⑆12329⑆  ⑈226071457⑈ 183005487⑆

| | | | |
|---|---|---|---|
| Capture Date | 20190322 | Optional Field 6 | 0 |
| Sequence Number | 910819554 | Amount | $186.92 |
| Serial Number | 12329 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only JPMC

0910819554
2019-03-22

DEF00202

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

12348

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/14/2019 | ********$186.93 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12348⑈  ⑉226071457⑉  183005487⑈

| | | |
|---|---|---|
| Capture Date | 20190322 | Optional Field 6 | 0 |
| Sequence Number | 910819552 | Amount | $186.93 |
| Serial Number | 12348 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only - JPMC

0910819552
2019-03-22

CONFIDENTIAL

DEF00203

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

NORTHFIELD BANK

12368

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/21/2019 | ********$186.93 |

PAY     ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12368⑈ ⑊226071457⑊ 183005487⑈

| | | | |
|---|---|---|---|
| Capture Date | 20190327 | Optional Field 6 | 0 |
| Sequence Number | 910002606 | Amount | $186.93 |
| Serial Number | 12368 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

0910002606
2019-03-27

DEF00204

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**12388**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 3/28/2019 | ********$186.93 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈'12388'⑈  ⑆226071457⑆  183005487⑈'

| | |
|---|---|
| **Capture Date** | 20190404 |
| **Sequence Number** | 910411430 |
| **Serial Number** | 12388 |
| **Account Number** | 183005487 |
| **Optional Field 6** | 0 |
| **Amount** | $186.93 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |



For Deposit Only - JPMC



0910411430
2019-04-04

**CONFIDENTIAL**                                                                    **DEF00205**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    12409

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 4/4/2019 | ********$186.91 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 91 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12409⑈ ⑆226071457⑆ 183005487⑈

| | | | | |
|---|---|---|---|---|
| **Capture Date** | 20190410 | | **Optional Field 6** | 0 |
| **Sequence Number** | 910693668 | | **Amount** | $186.91 |
| **Serial Number** | 12409 | | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | | **Transaction Code** | 51 |

For Deposit Only - JPMC

0910693668
2019-04-10

**CONFIDENTIAL**                                        **DEF00206**

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   **12430**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 4/11/2019 | ******** $186.93 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A  REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12430⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20190423 | **Optional Field 6** | 0 |
| **Sequence Number** | 910246196 | **Amount** | $186.93 |
| **Serial Number** | 12430 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910246196
2019-04-23

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**     NORTHFIELD BANK     **12452**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 4/18/2019 | ********$186.93 |

PAY     ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12452⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| Capture Date | 20190501 |
| Sequence Number | 910596440 |
| Serial Number | 12452 |
| Account Number | 183005487 |
| Optional Field 6 | 0 |
| Amount | $186.93 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

For Deposit Only - JPMC

0910596440
2019-05-01

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

12492

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 5/2/2019 | ••••••• $186.92 |

PAY   •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS•••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆124 92⑆  ⑈226071457⑈ 183005487⑆

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20190508 | **Optional Field 6** | 0 |
| **Sequence Number** | 910961527 | **Amount** | $186.92 |
| **Serial Number** | 12492 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only - JPMC

0910961527
2019-05-08

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

12512

·7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 5/9/2019 | ········ $186.92 |

PAY   ········ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS········

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12512⑈ ⑆226071457⑆ 183005487⑈

---



| | | | |
|---|---|---|---|
| Capture Date | 20190516 | Optional Field 6 | 0 |
| Sequence Number | 910342379 | Amount | $186.92 |
| Serial Number | 12512 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only - JPMC

0910342379
2019-05-16

FINGERPRINT SECURITY

CONFIDENTIAL

DEF00210

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK                    12532

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 5/16/2019 | ••••••• $186.93 |

PAY   ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS••••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈⑆ 1 2 5 3 2 ⑈⑆   ⑈⑆ 2 2 6 0 7 1 4 5 7 ⑈⑆   1 8 3 0 0 5 4 8 7 ⑈⑆

| | |
|---|---|
| **Capture Date** | 20190522 |
| **Sequence Number** | 910585890 |
| **Serial Number** | 12532 |
| **Account Number** | 183005487 |

| | |
|---|---|
| **Optional Field 6** | 0 |
| **Amount** | $186.93 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |

For Deposit Only - JPMC

0910585890
2019-05-22

CONFIDENTIAL                    DEF00211

**JACKS EGGS AND OTHER INGREDIENTS LL**
NORTHFIELD BANK
**12552**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 5/23/2019 | ******** $186.93 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑇12552⑇ ⑆226071457⑆ 183005487⑈

$3.94

| | | | | |
|---|---|---|---|---|
| **Capture Date** | 20190603 | **Optional Field 6** | 0 |
| **Sequence Number** | 910034820 | **Amount** | $186.93 |
| **Serial Number** | 12552 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



0910034820
2019-06-03

For Deposit Only
NY COMMUNITY FINANCIAL 70
NY COMMUNITY FINANCIAL 70 - OPERATING

**CONFIDENTIAL**                                          **DEF00212**

**JACKS EGGS AND OTHER INGREDIENTS LL**   NORTHFIELD BANK   **12572**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 5/30/2019  | ********* $186.92- |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12572⑆ ⑆226071457⑆ 183005487⑈

| | | |
|---|---|---|
| **Capture Date** | 20190606 | **Optional Field 6** | 0 |
| **Sequence Number** | 910250760 | **Amount** | $186.92 |
| **Serial Number** | 12572 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



0910250760
2019-06-06

CK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

NORTHFIELD BANK                    12592

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 6/6/2019   | •••••••• $186.93 |

PAY     •••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS•••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑃12592⑃ ⑃226071457⑃ 183005487⑃

| | | |
|---|---|---|
| **Capture Date** | 20190620 | |
| **Sequence Number** | 910931817 | |
| **Serial Number** | 12592 | |
| **Account Number** | 183005487 | |

| | | |
|---|---|---|
| **Optional Field 6** | 0 | |
| **Amount** | $186.93 | |
| **Routing Number** | 226071457 | |
| **Transaction Code** | 51 | |



For Deposit O... - JPMC



0910931817
2019-06-20

CONFIDENTIAL

DEF00814

TO VIEW WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL     NORTHFIELD BANK     12612

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 6/13/2019  | ********$186.92 |

PAY        ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12612⑆ ⑆226071457⑆ 183005487⑆

| Capture Date | 20190617 | Optional Field 6 | 0 |
|---|---|---|---|
| Sequence Number | 910724561 | Amount | $186.92 |
| Serial Number | 12612 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only 4 JPMC

0910724561
2019-06-17

CONFIDENTIAL                                        DEF00215



| | | |
|---|---|---|
| Capture Date | 20190705 | |
| Sequence Number | 910619831 | |
| Serial Number | 12632 | |
| Account Number | 183005487 | |

| | | |
|---|---|---|
| Optional Field 6 | 0 | |
| Amount | $186.93 | |
| Routing Number | 226071457 | |
| Transaction Code | 51 | |



For Deposit Only - JBMC



0910619831
2019-07-05

CONFIDENTIAL

DEF00216

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A RMI-HT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

. JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

12652

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 6/27/2019  | ********$186.92  |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12652⑈ ⑈226071457⑈ ⑈183005487⑈

| | | | |
|---|---|---|---|
| Capture Date | 20190705 | Optional Field 6 | 0 |
| Sequence Number | 910619842 | Amount | $186.92 |
| Serial Number | 12652 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only JPMC

0910619842
2019-07-05

CONFIDENTIAL

DEF00217

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK          12671

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 7/4/2019   | ********$186.93  |

PAY       ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********
TO THE ORDER OF

    MANUEL A. REYNOSO
    680 ST NICHOLAS AVE
    APT 4A
    New York, NY 10030

⑈126711⑈  ⑆226071457⑆  183005487⑈

---

| | | | |
|---|---|---|---|
| Capture Date | 20190711 | Optional Field 6 | 0 |
| Sequence Number | 910841869 | Amount | $186.93 |
| Serial Number | 12671 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only - JPMC

0910841869
2019-07-11

CONFIDENTIAL                                        DEF00218

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK        **12895**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 10/3/2019 | ********* $186.92 |

PAY        ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********

TO THE ORDER OF

    MANUEL A. REYNOSO
    680 ST NICHOLAS AVE
    APT 4A
    New York, NY 10030

⑈12895⑈  ⑆226071457⑈  183005487⑈

---

| | | | |
|---|---|---|---|
| Capture Date | 20191010 | Optional Field 6 | 0 |
| Sequence Number | 910034223 | Amount | $186.92 |
| Serial Number | 12895 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

0910034223
2019-10-10

CONFIDENTIAL                                        DEF00219

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**     NORTHFIELD BANK          **12912**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 10/10/2019 | •••••••• $186.93 |

PAY        ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS••••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑅12912⑅  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20191015 | **Optional Field 6** | 0 |
| **Sequence Number** | 910203561 | **Amount** | $186.93 |
| **Serial Number** | 12912 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only - JPMC



0910203561
2019-10-15

**CONFIDENTIAL**                                                        **DEF00220**

THIS CHECK IS PRINTED WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNOBIT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

12929

•7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 10/17/2019 | *******$186.92  |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆12929⑆ ⑈226071457⑈ 183005487⑆

| | | |
|---|---|---|
| **Capture Date** | 20191023 | **Optional Field 6** | 0 |
| **Sequence Number** | 910593046 | **Amount** | $186.92 |
| **Serial Number** | 12929 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only - JPMC

0910593046
2019-10-23

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

12946

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 10/24/2019 | ********$186.93 |

PAY         ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12946⑈  ⑉226071457⑉  183005487⑈

---

| | |
|---|---|
| Capture Date | 20191031 |
| Sequence Number | 910953293 |
| Serial Number | 12946 |
| Account Number | 183005487 |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.93 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

For Deposit Only - JPMC



0910953293
2019-10-31

CONFIDENTIAL

DEF00222

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT @ FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK         12963

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 10/31/2019 | *******$186.93  |

PAY     ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS••••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

�011 12963 �011  ⑩ 226071457 ⑪  183005487 ⑩

---

| | | | |
|---|---|---|---|
| **Capture Date** | 20191106 | **Optional Field 6** | 0 |
| **Sequence Number** | 910261331 | **Amount** | $186.93 |
| **Serial Number** | 12963 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



For Deposit Only JPMC

0910261331
2019-11-06

CONFIDENTIAL                                        DEF00223



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK • HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK        **12980**
130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 11/7/2019 | ********$186.93 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈12980⑈  ⑆226071457⑆  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20191113 | **Optional Field 6** | 0 |
| **Sequence Number** | 910599940 | **Amount** | $186.93 |
| **Serial Number** | 12980 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

For Deposit Only - JPMC

0910599940
2019-11-13

**CONFIDENTIAL**                    **DEF00224**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**                  NORTHFIELD BANK                  12997

130 44TH STREET
BROOKLYN, NY 11232

•7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 11/14/2019 | ********* $186.91 |

PAY        ••••••••ONE HUNDRED EIGHTY SIX DOLLARS AND 91 CENTS•••••••••

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈ ⅈ299 7⑈   ⑈: 2260 7ⅈ457⑈:  ⅈ83005487⑈

| Capture Date | 20191121 | Optional Field 6 | 0 |
|---|---|---|---|
| Sequence Number | 910993282 | Amount | $186.91 |
| Serial Number | 12997 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |

For Deposit Only - JPMC

0910993282
2019-11-21

**CONFIDENTIAL**                                                                **DEF00225**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

**13014**

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 11/21/2019 | ******* $186.93 |

PAY    *******ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS*******

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈13014⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20191129 | **Optional Field 6** | 0 |
| **Sequence Number** | 910361817 | **Amount** | $186.93 |
| **Serial Number** | 13014 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



For Deposit Only - JPMC

0910361817
2019-11-29

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL    NORTHFIELD BANK    13030

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 11/27/2019 | ********$186.93 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆13030⑈ ⑆226071457⑆ 183005487⑈

| | |
|---|---|
| **Capture Date** | 20191209 |
| **Sequence Number** | 910758639 |
| **Serial Number** | 13030 |
| **Account Number** | 183005487 |
| **Optional Field 6** | 0 |
| **Amount** | $186.93 |
| **Routing Number** | 226071457 |
| **Transaction Code** | 51 |

For Deposit Only · JPMC

0910758639
2019-12-09

SECURITY

CONFIDENTIAL

DEF00227

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**          NORTHFIELD BANK                    13046

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 12/5/2019 | ********* $186.93 |

PAY         *********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS*********

. TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆13046⑆  ⑆226071457⑆  183005487⑈

| | | |
|---|---|---|
| **Capture Date** | 20191211 | **Optional Field 6** | 0 |
| **Sequence Number** | 910899946 | **Amount** | $186.93 |
| **Serial Number** | 13046 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |

0910899946
2019-12-11

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW.

**JACKS EGGS AND OTHER INGREDIENTS LL**

NORTHFIELD BANK

13062

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 12/12/2019 | ********$186.92 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈13062⑈ ⑆226071457⑈ 183005487⑈

| | |
|---|---|
| Capture Date | 20191226 |
| Sequence Number | 910552265 |
| Serial Number | 13062 |
| Account Number | 183005487 |

| | |
|---|---|
| Optional Field 6 | 0 |
| Amount | $186.92 |
| Routing Number | 226071457 |
| Transaction Code | 51 |

For Deposit Only - JPMC

0910552265
2019-12-26

**CONFIDENTIAL**

**DEF00229**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL          NORTHFIELD BANK          13078

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 12/19/2019 | ********$186.92 |

PAY      ********ONE HUNDRED EIGHTY SIX DOLLARS AND 92 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈13078⑈ ⑆226071457⑆ 183005487⑈

| Capture Date | 20191224 | Optional Field 6 | 0 |
| Sequence Number | 910512364 | Amount | $186.92 |
| Serial Number | 13078 | Routing Number | 226071457 |
| Account Number | 183005487 | Transaction Code | 51 |



For Deposit Only - JPMC



0910512364
2019-12-24

CONFIDENTIAL                                          DEF00230

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL    NORTHFIELD BANK    13094

130 44TH STREET
BROOKLYN, NY 11232

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 12/26/2019 | *******$186.93 |

PAY    *******ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS*******

TO THE ORDER OF

MANUEL A. REYNOSO
630 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈130940⑈  ⑈226071457⑈  183005487⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20200102 | **Optional Field 6** | 0 |
| **Sequence Number** | 910829098 | **Amount** | $186.93 |
| **Serial Number** | 13094 | **Routing Number** | 226071457 |
| **Account Number** | 183005487 | **Transaction Code** | 51 |



For Deposit Only - JPMC

0910829098
2020-01-02

**CONFIDENTIAL**                                                    **DEF00231**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT'S FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK                    13110

-7145/1200

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 1/2/2020   | ********$186.93 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 93 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆13110⑆  ⑈226071457⑈ 183005487⑈

| | | | |
|---|---|---|---|
| Account Number | 183005487 | OF6 | 0 |
| Amount | $186.93 | Trans | 51 |
| Post Date | 20200113 | Routing Number | 226071457 |
| Sequence | 910381224 | Serial | 13110 |



For Deposit Only - JPMC

0910381224
2020-01-13

**CONFIDENTIAL**                    **DEF00232**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A BRIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**    NORTHFIELD BANK    **13126**

130 44TH STREET
BROOKLYN, NY 11232

-7145/2160

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/9/2020 | ********$186.66 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 66 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
683 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈13126⑈  ⑆226071457⑆  ⑈83005487⑈

| Account Number | 183005487 | OF6 | 0 |
|---|---|---|---|
| Amount | $186.66 | Trans | 51 |
| Post Date | 20200115 | Routing Number | 226071457 |
| Sequence | 910520730 | Serial | 13126 |



For Deposit Only - JPMC

0910520730
2020-01-15

**CONFIDENTIAL**                                                        **DEF00233**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A BRIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13142

-7185/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/16/2020 | ********$186.66 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 66 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
640 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈13142⑈  ⑆226071457⑆ 183005487⑈

| Account Number | 183005487 | OF6 | 0 |
|---|---|---|---|
| Amount | $186 66 | Trans | 51 |
| Post Date | 20200127 | Routing Number | 226071457 |
| Sequence | 910991381 | Serial | 13142 |



For Deposit Only - JPMC

0910991381
2020-01-27

JACKS EGGS AND OTHER INGREDIENTS LL
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK
13158

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/23/2020 | ********$186.67 |

PAY ********ONE HUNDRED EIGHTY SIX DOLLARS AND 67 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑂13158⑂ ⑂226071457⑂ 183005487⑂

| | | | |
|---|---|---|---|
| Account Number | 183005487 | OF6 | 0 |
| Amount | $186.67 | Trans | 51 |
| Post Date | 20200131 | Routing Number | 226071457 |
| Sequence | 910274413 | Serial | 13158 |



For Deposit C... PMC

0910274413
2020-01-31

CONFIDENTIAL

DEF00235



JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13174

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 1/30/2020 | ********$186.67 |

PAY ********ONE HUNDRED EIGHTY SIX DOLLARS AND 67 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈131740⑈ ⑆226071457⑆ 183005487⑈

| Account Number | 183005487 | OF6 | 0 |
|---|---|---|---|
| Amount | $186 67 | Trans | 51 |
| Post Date | 20200207 | Routing Number | 226071457 |
| Sequence | 910683267 | Serial | 13174 |

For Deposit Only - JPMC

0910683267
2020-02-07

**CONFIDENTIAL**                                                    **DEF00236**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PRINT, KNIGHT & FINGERPRINT WATERMARK ON THE BACK • HOLD AT ANGLE TO VIEW

JACKS EGGS AND OTHER INGREDIENTS LL
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK                    13190

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 2/6/2020   | ********$186.66  |

PAY    *******ONE HUNDRED EIGHTY SIX DOLLARS AND 66 CENTS*********

TO THE ORDER OF

MANUEL A. REYNOSO
610 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑆13190⑆ ⑈226071457⑈ 183005487⑈

| Account Number | 183005487 | OF6            | 0         |
|----------------|-----------|----------------|-----------|
| Amount         | $186 66   | Trans          | 51        |
| Post Date      | 20200218  | Routing Number | 226071457 |
| Sequence       | 910122896 | Serial         | 13190     |



For Deposit Only - JPMC



0910122896
2020-02-18

CONFIDENTIAL                                    DEF00237



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND A BACKGROUND PLUS A MULTI-COLORED PRINT WATERMARK ON THE BACK - MUST BE...

JACKS EGGS AND OTHER INGREDIENTS LL

130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13206

-3145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 2/13/2020 | ********* $186.67 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 67 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑉13206⑉   ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| ccount Number | 183005487 | OF6 | 0 |
| mount | $186.67 | Trans | 51 |
| ost Date | 20200220 | Routing Number | 226071457 |
| equence | 910264872 | Serial | 13206 |



For Deposit Only - JPMC

0910264872
2020-02-20



**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY, 11232

NORTHFIELD BANK                    13222

-71450260

| CHECK DATE | PAY THIS AMOUNT |
| 2/20/2020 | ********$186.66 |

PAY      ********ONE HUNDRED EIGHTY SIX DOLLARS AND 66 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 3A
New York, NY 10030

⑈13222⑈  ⑆226071457⑈ 183005487⑈

| | | |
|---|---|---|
| Account Number | 183005487 | OF6 | 0 |
| Amount | $186.66 | Trans | 51 |
| Post Date | 20200224 | Routing Number | 226071457 |
| Sequence | 910378914 | Serial | 13222 |



CONFIDENTIAL                                                    DEF00239

THE CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13238

-7145/2260



| CHECK DATE | PAY THIS AMOUNT |
|------------|-----------------|
| 2/27/2020  | ********$186.67 |

PAY ·········ONE HUNDRED EIGHTY SIX DOLLARS AND 67 CENTS·········

TO THE ORDER OF

MANUEL A. REYNOSO
650 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑈¹³²³⁸⑈ ⑆²²⁶⁰⁷¹⁴⁵⁷⑆ ¹⁸³⁰⁰⁵⁴⁸⁷⑈

| | | | |
|---|---|---|---|
| Account Number | 183005487 | OF6 | 0 |
| Amount | $186.67 | Trans | 51 |
| Post Date | 20200306 | Routing Number | 226071457 |
| Sequence | 910050211 | Serial | 13238 |



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13254

-71450260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/5/2020 | ********$186.66 |

PAY  ********ONE HUNDRED EIGHTY SIX DOLLARS AND 66 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10020

⑆13254⑈ ⑆226071457⑆ 183005487⑈

| | | | |
|---|---|---|---|
| Account Number | 183005487 | OF6 | 0 |
| Amount | $186 66 | Trans | 51 |
| Post Date | 20200311 | Routing Number | 226071457 |
| Sequence | 910280639 | Serial | 13254 |

For Deposit Only - JPMC

0910280639
2020-03-11

**CONFIDENTIAL**                                    **DEF00241**

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK   HOLD AT ANGLE TO VIEW

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13270

-71452200

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/12/2020 | ******** $186.67 |

PAY    ********ONE HUNDRED EIGHTY SIX DOLLARS AND 67 CENTS********
TO THE ORDER OF

MANUEL A. REYNOSO
680 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑂⑂⑂

⑈13270⑈  ⑈226071457⑈ 183005487⑈



| Account Number | 183005487 | OF6 | 0 |
|---|---|---|---|
| Amount | $186.67 | Trans | 51 |
| Post Date | 20200318 | Routing Number | 226071457 |
| Sequence | 910648824 | Serial | 13270 |

0910648824
2020-03-18

**CONFIDENTIAL**                                                                    **DEF00242**

**JACKS EGGS AND OTHER INGREDIENTS LL**
130 44TH STREET
BROOKLYN, NY 11232

NORTHFIELD BANK

13286

-7145/2260

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/19/2020 | ********$186.67 |

PAY   ********ONE HUNDRED EIGHTY SIX DOLLARS AND 67 CENTS********

TO THE ORDER OF

MANUEL A. REYNOSO
650 ST NICHOLAS AVE
APT 4A
New York, NY 10030

⑊13286⑊  ⑊226071457⑊ 183005487⑊

| | | | |
|---|---|---|---|
| Account Number | 183005487 | OF6 | 0 |
| Amount | $186 67 | Trans | 51 |
| Post Date | 20200326 | Routing Number | 226071457 |
| Sequence | 910962022 | Serial | 13286 |



For Deposit Only - JPMC

0910962022
2020-03-26

**CONFIDENTIAL**          **DEF00243**





| | | | |
|---|---|---|---|
| ccount Number | 183005487 | OF6 | 0 |
| mount | $186.67 | Trans | 51 |
| ost Date | 20200402 | Routing Number | 226071457 |
| equence | 910209298 | Serial | 13302 |

**CONFIDENTIAL**

**DEF00244**