UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
MANUEL REYNOSO and LUIS
RODRIGUEZ, individually and on behalf of
others similarly situated,

                Case 1:20-cv-3010

              Plaintiffs,      **PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

             -against-

JACK'S EGGS AND OTHER
INGREDIENTS LLC (D/B/A JACK'S EGG
FARM), JACK NEUSTADT, and
MORDECAI NEUSTADT,

              Defendants.
------------------------------------------------------X

TO:    Richard M. Howard
         Meltzer Lippe, Goldstein, & Breitstone, LLP
         190 Willis Avenue
         Mineola, New York 11501

       PLEASE TAKE NOTICE that Plaintiffs MANUEL REYNOSO and LUIS RODRIGUEZ hereby accept the offer of judgment made by JACK'S EGGS AND OTHER INGREDIENTS LLC (D/B/A JACK'S EGG FARM), JACK NEUSTADT, and MORDECAI NEUSTADT pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated May 12, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
          May 24, 2021

Respectfully submitted,

/s
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200