UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANUEL REYNOSO and LUIS RODRIGUEZ,
individually and on behalf of others similarly situated,

                                                                                                   JUDGMENT

                         Plaintiffs,                                 20-cv-3010 (BMC)

    v.

JACK'S EGGS AND OTHER INGREDIENTS LLC
(D/B/A JACK'S EGG FARM), JACK NEUSTADT,
and MORDECAI NEUSTADT,

                         Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 24, 2021; and Defendant JACK'S EGGS AND OTHER INGREDIENTS LLC, having offered to allow judgment in this action to be taken against them and in favor of plaintiffs MANUEL REYNOSO and LUIS RODRIGUEZ, in the total gross amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of all attorney's fees, costs and expenses incurred by Plaintiff in prosecuting the Subject Complaint; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on May 24, 2021, directing the Clerk of Court to enter judgment accordingly; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs MANUEL REYNOSO and LUIS RODRIGUEZ and against Defendant JACK'S EGGS AND OTHER INGREDIENTS LLC, n the total gross amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of all attorney's fees, costs and expenses incurred by Plaintiff in prosecuting the Subject Complaint.

Dated: Brooklyn, New York                                     Douglas C. Palmer
       June 1, 2021

                                                                 By:    */s/Jalitza Poveda*
                                                                           Deputy Clerk